# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYMOUNT URGENT CARE PC, AND ROBERT A. CLINTON, JR., individually, and on behalf of all those similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>GOFUND ADVANCE, LLC, FUNDING 123, LLC, MERCHANT CAPITAL LLC , ISAAC WOLF, AND YISROEL C. GETTER<br>     Defendants. | Civ. A. No. 1:22-cv-01245 |

## NOTICE OF APPEARANCE

To the clerk and all parties of record:

Please enter my appearance in this civil action as an attorney on behalf of Plaintiffs, Haymount Urgent Care PC, and Robert A. Clinton, Jr., individually, and on behalf of all those similarly situated.

              Respectfully submitted,

Dated: February 28, 2022

          **WHITE and WILLIAMS LLP**

          By: _____
          Agatha C. Mingos
          White and Williams, LLP
          7 Times Square, Suite 2900
          New York, New York 10036-6524
          Phone: (212) 868-4438 Fax: (212) 631-1244
          e-mail: mingosa@whiteandwilliams.com

          *Attorney for Plaintiffs,*
          *Haymount Urgent Care PC, Robert A. Clinton, Jr.,*
          *individually and on behalf of all those similarly*
          *situated*