Shane R. Heskin, Esquire
1650 Market Street, Suite 1800
Philadelphia 19103 PA
(215) 864-6329

## United Stated District Court
## In the Southern District of New York

Haymount Urgent Care, PC, et al

V.

GoFund Advance, LLC, et al

Case No.:1:22-cv-01245-JSR

**AFFIDAVIT OF SERVICE**

STATE OF NJ
COUNTY OF MONMOUTH ss

I, __Benito Acevedo, Sr.__, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On __02__/__27__/__2022__ at __9:15__ AM / P̶M̶, I served Yisroel C. Getter with the following list of documents:
**Summons & Complaint**

Said service was executed at: __1579 Julia Ct.__         __Toms River__    __NJ__    _____
                                    Address                       City          State     Zip

In the following manner

[X] Personally served.

[ ] Adult family member with whom said Respondent resides.
    Name: _____  Relationship: _____

[ ] Adult in charge of Respondent's residence who refused to give bame and/or relationship.

[ ] Manager/Clerk of place of lodging in which Respondent resides.

[ ] Agent or person in charge of Respondent's office or usual place of business.

[ ] Name: _____  Title: _____ for the agent or person in charge of business

[ ] Other: _____

Description of person process was left with:
    Sex: __M__   Skin: __W__   Hair: __Black__   Age: __40-50__   Height: __5'10"__   Weight: __210__

**Non-Service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

[ ] Unknown at Address    [ ] Moved, Left no Forwarding    [ ] Vacant    [ ] No Answer - Several Attempts
[ ] Address Does Not Exist   [ ] Other _____

Service Attempts: (1) _____  _____   (2) _____  _____   (3) _____  _____   (4) _____  _____
                      Date    Time          Date    Time          Date    Time          Date    Time

_(Signature)_

Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2159779393

SAAFF/P195746