UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYMOUNT URGENT CARE PC, AND ROBERT A. CLINTON, JR., INDIGO INSTALLATIONS, INC., AND CHRISTOPHER A. TURRENTINE, individually, and on behalf of all those similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>GOFUND ADVANCE, LLC, FUNDING 123, LLC, MERCHANT CAPITAL LLC , ALPHA RECOVERY PARTNERS, LLC, YITZCHOK ("ISAAC") WOLF, JOSEF BREZEL, JOSEPH KROEN, AND YISROEL C. GETTER<br>       Defendants. | Civ. A. No. 1:22-cv-01245- JSR<br><br>ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

  Upon the affidavits of Robert A. Clinton, Jr., sworn to the 10th Day of March, 2022, and upon the copy of the Complaint and Amended Complaint hereto annexed, it is

  ORDERED, that the above named Defendants show cause before a motion term of this Court, at Room 14-B, United States Courthouse, 500 Pearl Street, in the City , County and State of New York, on _____ _____, 2022 at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal rules of Civil Procedure enjoining the defendant during the pendency of this action from: (i) Restraining and enjoining Defendants from continuing to debit unauthorized monetary amounts from the Plaintiffs' bank accounts; (ii) Restraining and enjoining the Defendants from freezing Plaintiffs' bank accounts and health insurance accounts, assets and receivables; and (iii) directing Defendants to withdraw and retract any and all UCC Lien Letters sent to third parties; And it is further

-2-

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from (i) continuing to debit unauthorized monetary amounts from the Plaintiffs' bank accounts; (ii) freezing Plaintiffs' bank accounts and health insurance accounts, assets and receivables; and (iii) Defendants are further directed to withdraw and retract any and all UCC Lien Letters sent to third parties; And it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before _____ o'clock in the ___ noon, _____ ____, _____ shall be deemed good and sufficient service thereof.

Dated:  March ____, 2022
         New York, New York

**Issued: _____M**

BY THE COURT:

_____
United States District Judge