# EXHIBIT B

# TEXT MESSAGE

