# EXHIBIT C

# FUNDING 123's PAYMENT HISTORY

| Company N | HAYMOUNT URGENT CARE PC | | | | | |
|---|---|---|---|---|---|---|
| Deal Name | HAYMOUNT URGENT CARE PC | | | | | |
| Net Advan | $1,125,000.00 | | | | | |
| Expected P | $1,518,750.00 | | | | | |
| Amount Re | $1,520,000.00 | | | | | |
| Amount Ou | ($1,250.00) | | | | | |
| | | | | | | |
| Type | Date | Transaction | Merchant # | Description | Amount | Category |
| Upload | 1/31/2022 | | GF826211 | ACH RTN - R01 01/31/22 | ($80,000.00) | |
| Upload | 1/28/2022 | | GF826211 | ACH RTN - R01 01/26/22 | ($80,000.00) | |
| Upload | 1/27/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/26/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/26/2022 | | GF826211 | ACH RTN - R01 01/26/22 | ($80,000.00) | |
| Upload | 1/25/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/24/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/24/2022 | | GF826211 | ACH RTN - R01 01/20/22 | ($80,000.00) | |
| Upload | 1/21/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/20/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/19/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/18/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/14/2022 | | GF826211 | ACH RTN - R01 01/12/22 | ($80,000.00) | |
| Upload | 1/14/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/13/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/12/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/11/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/11/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/11/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/10/2022 | | GF826211 | ACH RTN - R01 01/06/22 | ($80,000.00) | |
| Upload | 1/10/2022 | | GF826211 | ACH | $80,000.00 | |
| Manual | 1/10/2022 | | GF826211 | WIRE FROM ROBERT A CLINTON | $80,000.00 | |
| Upload | 1/7/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/6/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/5/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/4/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 1/3/2022 | | GF826211 | ACH | $80,000.00 | |
| Upload | 12/31/2021 | | GF826211 | ACH | $80,000.00 | |
| Upload | 12/30/2021 | | GF826211 | ACH | $80,000.00 | |
| Upload | 12/29/2021 | | GF826211 | ACH | $80,000.00 | |
| Upload | 12/28/2021 | | GF826211 | ACH | $80,000.00 | |