# Eisenhaure, Rachel

| | |
|---|---|
| **From:** | Figura, Jack <Jack.Figura@ag.ny.gov> |
| **Sent:** | Friday, March 25, 2022 10:20 AM |
| **To:** | Heskin, Shane |
| **Cc:** | Cautilli, Arthur |
| **Subject:** | RE: Activity in Case 1:22-cv-01245-JSR Haymount Urgent Care PC et al v. GoFund Advance, LLC et al Order |

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Thanks, Shane. Will take a look.

**From:** Heskin, Shane <heskins@whiteandwilliams.com>
**Sent:** Thursday, March 24, 2022 8:47 PM
**To:** Figura, Jack <Jack.Figura@ag.ny.gov>
**Cc:** Cautilli, Arthur <Cautillia@whiteandwilliams.com>
**Subject:** FW: Activity in Case 1:22-cv-01245-JSR Haymount Urgent Care PC et al v. GoFund Advance, LLC et al Order

> [EXTERNAL]

Hi Jack,

See below. Art will send a copy of amended complaint with exhibits.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Date:** Monday, Mar 21, 2022, 4:42 PM
**To:** CourtMail@nysd.uscourts.gov <CourtMail@nysd.uscourts.gov>
**Subject:** Activity in Case 1:22-cv-01245-JSR Haymount Urgent Care PC et al v. GoFund Advance, LLC et al Order

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

# Notice of Electronic Filing

The following transaction was entered on 3/21/2022 at 4:41 PM EDT and filed on 3/21/2022
**Case Name:** Haymount Urgent Care PC et al v. GoFund Advance, LLC et al
**Case Number:** 1:22-cv-01245-JSR
**Filer:**

**Document Number:** 66

**Docket Text:**
**MEMORANDUM ORDER: For the reasons set forth above, the Court grants Haymount's motion for a preliminary injunction. During the pendency of this case, Go Fund is enjoined from continuing to debit unauthorized monetary amounts from bank accounts belonging to Haymount or Dr. Clinton and from freezing bank accounts, health insurance accounts, assets and receivables belonging to Haymount or Dr. Clinton. GoFund is further enjoined to withdraw and retract any UCC Lien Letters sent to third parties and to direct any other person or entity acting on its behalf to do the same. The Clerk is directed to apply the $5,000 bond previously posted in connection with the temporary restraining order to the preliminary injunction as a bond thereon. SO ORDERED. (Signed by Judge Jed S. Rakoff on 3/21/2022) (kv) Transmission to Finance Unit (Cashiers) for processing.**

**1:22-cv-01245-JSR Notice has been electronically mailed to:**

Shane R. Heskin     heskins@whiteandwilliams.com

John Albert Mueller     jmueller@lippes.com

Agatha Christina Mingos     mingosa@whiteandwilliams.com, zoe@kilawgroup.com

**1:22-cv-01245-JSR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/21/2022] [FileNumber=27425821-0] [2f582934627a35ed1a79bcfa390405e16ebd23353dc637239092c97ee87d11aa85 27bc431a2952a8787c15e4534dc2b7d6fdff52358dbfd2480898eb675f3064]]

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.