# EXHIBIT A



**R**

Rob

So they'll do 900K today net. After 10 daily payments we'll release the second clip with positive payment history. Additionally, the pre payment discount will still be applied if you want to take advantage of that. Please confirm that you want to use First Federal?

6:08 PM

Fund First Citizens.

6:08 PM

Thanks

6:08 PM

Tue, Dec 28, 9:31 AM

Nothing posted

9:31 AM

Hi Goodmorning was sent

9:32 AM

Check in 15

9:32 AM

Keep me posted

9:32 AM

Nothing

10:26 AM

Let me know how it was sent. Nothing has posted.

10:48 AM

It's there. Thanks

11:36 AM

Text Message



**7:09**

**< 90**

**R**

**Rob >**

It's there.  Thanks — 11:36 AM

Okay great — 12:36 PM

Be in touch — 12:36 PM

Let me know if you need anything — 12:36 PM

Wed, Dec 29, 9:21 AM

Why are they pulling $80k? — 9:21 AM

Should be half — 9:21 AM

Or post the other clip — 9:21 AM

I'll be in the office shortly — 9:25 AM

It should be pulling $40k daily. Or fund the rest. — 9:28 AM

Wed, Dec 29, 1:19 PM

I was hoping to put some major purchases in by the end of the year with funds. Saves taxes. — 1:19 PM

How much more do you need? I can maybe get another funder — 1:21 PM

Text Message



**7:09**

< 90    **R**
       Rob >

How much more do you need? I can maybe get another funder to do it    1:21 PM

I don't want to get messy. It's ok.    1:23 PM

The last thing I want is a mess.    1:25 PM

Let's keep the deal rolling as is and I can than show my investors that is a deal they want to fund again and again. This is just the beginning    1:26 PM

Ok    1:26 PM

$80k per day is crazy on 1MM    1:26 PM

I probably won't even use the money. I am paying $200k just for fun.    1:27 PM

15 day deal.    1:27 PM

Dumbest ever    1:27 PM

It might not be the best deal for now but with solid payback history deals do get larger and longer    1:45 PM



Rob >

15 day deal. — 1:27 PM

Dumbest ever — 1:27 PM

It might not be the best deal for now but with solid payback history deals do get larger and longer. — 1:45 PM

We would also be interested in doing a partnership agreement if possible. — 1:45 PM

Fri, Dec 31, 3:13 PM

Happy New Years Robert! — 3:13 PM

Hey. Feel free to put in another 1MM so I can buy more supplies today. — 3:17 PM

Lol — 3:55 PM

Mon, Jan 3, 8:27 PM

How is it looking? — 8:27 PM

Can we do login tomorrow? — 8:27 PM

? — 9:16 PM

Text Message





**7:09**

**90**

**R**

**Rob** ›

Sent a code — 10:27 AM

571140 — 10:27 AM

Tue, Jan 4, 8:32 PM

Are you sending more? — 8:32 PM

Wed, Jan 5, 5:18 PM

It's not ten days yet — 5:18 PM

Ok. Last week you said this week. It's ok. I shouldn't have taken with you since you are pulling $80k as if you gave the full amount — 5:20 PM

Thu, Jan 6, 9:51 PM

Did today's payment clear? — 9:51 PM

Crap! I forgot to get the wire from my account over there. I tried to do it online and the max was $25k. I went to the bank and there was a long line. I forgot to go back! — 9:54 PM

Text Message



**7:10**

**‹90**

R
**Rob ›**

Thu, Jan 6, 9:51 PM

Did today's payment clear?    9:51 PM

Crap! I forgot to get the wire from my account over there. I tried to do it online and the max was $25k. I went to the bank and there was a long line. I forgot to go back!    9:54 PM

I don't know if they kept it there or not.    9:55 PM

Please send a wire in the am    10:00 PM

Do you have wire instructions    10:00 PM

Please send wiring instructions.    10:02 PM

Fri, Jan 7, 8:32 AM

FUNDING 123
77 Water Street
NY NY 10003

OPTIMUM BANK
BANK ADDRESS:
2929 E COMMERCIAL BLVD
SUITE 101    8:32 AM

Text Message





**7:10**

**R**

Rob

For which? — 10:49 AM

I don't see it. — 10:49 AM

They told me it went through at the bank — 10:49 AM

Jan 6th. Check the account — 10:49 AM

You'll see — 10:49 AM

Insufficient funds — 10:50 AM

? — 11:12 AM

Mon, Jan 10, 12:38 PM

Was wire sent? — 12:38 PM

Please confirm — 12:54 PM

Mon, Jan 10, 2:20 PM

Hi — 2:20 PM

I need a wire today — 2:21 PM

Of course. I know. — 2:21 PM

Updates? — 3:00 PM

Text Message



7:10

< 90                    R
                       Rob >

Mon, Jan 10, 2:20 PM

Hi                                  2:20 PM

I need a wire today                 2:21 PM

                Of course. I know.  2:21 PM

Updates?                            3:00 PM

        I will tell you when it goes. 3:01 PM

Will it be today?                   3:07 PM

        Sending from personal account 3:10 PM

Ok but when?                        3:11 PM

                        Done        3:14 PM

Please send me a confirmation       3:14 PM

**Rob**

Please send me a confirmation

3:14 PM



3:15 PM

That's all they give is.

3:15 PM

And is there enough money for today's to clear

3:17 PM

?

3:38 PM

If the GD wire goes through to them.  The bank I went to was closed due to covid

3:45 PM

Text Message



**7:11**

**‹ 90**

R

Rob ›

**?**                                                    3:38 PM

If the GD wire goes through to
them.  The bank I went to was          3:45 PM
closed due to covid.

The wire is for last week              3:53 PM

What about today's payment?            3:53 PM

Yes. The wire is done.                 3:53 PM

Didn't receive it yet. Will let you
know when I do.                        3:53 PM

Today's payment?                       3:53 PM

The wire has not processed
from the bank. I can't control         3:55 PM
when they send it.

You have seen that you will be
paid from looking at my
statements.  The bank is locked        3:56 PM
out front where I went.  Said
they have covid.

Sorry in a meeting.                    3:58 PM

Can you transfer from another          3:58 PM

Text Message



**Rob** >

> You have seen that you will be paid from looking at my statements. The bank is locked out front where I went. Said they have covid.

3:56 PM

Sorry in a meeting.

3:58 PM

Can you transfer from another account so it clears

3:58 PM

> I went to First Citizens. They said they won't send anything back and I can wire in the morning to cover

4:36 PM

Tue, Jan 11, 10:57 AM

Yesterday and today's payment

10:57 AM

What's gonna be?

10:57 AM

Should we start debits in the other account?

10:58 AM

Hi good morning

10:58 AM

> Trying to get Wells Fargo to let me wire.

10:58 AM



**7:11** ✈

**‹ 90**          **R**
                Rob ›

Hi good morning

Trying to get Wells Fargo to let me wire.     10:58 AM

They are out with covid and locked the door.     10:58 AM

I know them but they aren't answering the phone. I am headed to their window.     10:58 AM

Ok keep me posted.     10:58 AM

If not we need to start debits from your other accounts.     10:59 AM

👎 Thanks     10:59 AM

Will do     10:59 AM

I transferred $240k over to thy account     11:41 AM

I need a wire for 160k     11:49 AM

For yesterday and today's payment.     11:49 AM

?     12:05 PM

Text Message



7:11

‹ 90    R
        Rob ›

I need a wire for 160k                  11:49 AM

For yesterday and today's                11:49 AM
payment.

?                                        12:05 PM

Can you send a wire or can we            12:45 PM
do same day debit?

Yes?                                     12:52 PM

Either                                   1:00 PM

Tue, Jan 11, 2:44 PM

Did a sdd                                2:44 PM

Thanks                                   2:44 PM

Tue, Jan 11, 5:54 PM

Please call me ASAP                      5:54 PM

I tried calling                          5:55 PM

Wed, Jan 12, 12:00 PM

I think you are a day ahead now.
You took three payments                  12:00 PM

Text Message







**7:12**

**Rob** ›

Fri, Jan 14, 12:02 PM

Hi                                                      12:02 PM

Today's payment is clearing?                12:02 PM

It will once I get out of here. I
have covid and in clinic getting          12:10 PM
treated.

Can you send a wire please?               1:06 PM

?                                                       1:07 PM

Can you send it now?                          1:10 PM

It is clearing.  I spoke to the
bank.                                                 1:13 PM

There's no money there                       1:13 PM

And the debit is not there either          1:13 PM

I know. It will be.   She sees it
and is posting it.                                 1:13 PM

You put money in?                              1:14 PM

It will be. She is allowing it to
process.  Money will come this           1:16 PM

Text Message



**R**

Rob ›

You put money in?　1:14 PM

It will be. She is allowing it to process.  Money will come this afternoon.　1:16 PM

How many more days left of the deal?  We need to finish it.　1:16 PM

Ok let's talk on Monday. I just want to make sure today's won't bounce　1:23 PM

Fri, Jan 14, 2:30 PM

Did you transfer yet?　2:30 PM

They can't do it until 4:30　3:02 PM

I don't need to talk. I want to be done with this. No more disbursements.　3:03 PM

It is too much for this little. Can't really use it.  $80k/day is too aggressive.  On $3MM it can work.  Not at $1MM after each is paid off.　3:04 PM

Plus you talk.　3:05 PM

Text Message



**Rob** ›

Fri, Jan 14, 4:42 PM

Wired $161k — 4:42 PM

Code please — 4:45 PM

. It doesn't go that quickly. — 4:46 PM

Ok but what is it — 4:46 PM

Thank you — 4:46 PM

First Citizens Bank:  We will not ask you for this code. Don't share it with anyone. Your secure access code is 385622 — 4:47 PM

Thank you — 4:49 PM

Tue, Jan 18, 11:19 AM

Hi how's it going — 11:19 AM

Today clearing? — 11:36 AM

Tue, Jan 18, 1:29 PM

? — 1:29 PM

It will. Getting wired — 1:29 PM



**Rob** ›

Tue, Jan 18, 1:29 PM

? — 1:29 PM

It will.  Getting wired — 1:29 PM

I am still home with covid — 1:29 PM

Oh wow feel better — 1:29 PM

Wiring to me directly? — 1:29 PM

To bank. — 1:31 PM

Great — 1:31 PM

Want me to turn on debits and you wire me — 1:32 PM

Turn off — 1:32 PM

We really should be done. — 1:32 PM

Tue, Jan 18, 2:47 PM

We're never gonna be done — 2:47 PM

I want to do a lot of good business with you — 2:47 PM

LOL. Then these terms have to





7:13

< 90

**R**

Rob >

What's in Chicago?                        3:18 PM

I'd tell you if it was something I       3:19 PM
was sharing.

Wife's doctor is there. She             3:23 PM
doesn't like me sharing
everything

Oh I'm sorry to hear that                 3:24 PM

Hope everything turns out ok              3:24 PM

Do you ever come out to NY                3:25 PM
area?

Rarely. I was there just before          3:39 PM
Christmas.

Thu, Jan 20, 12:12 PM

Hey man                                  12:12 PM

How are you?                             12:12 PM

Is today clearing?                       12:56 PM

I am in Chicago                          12:59 PM

Why does it keep coming out

Text Message





7:13

90    R
Rob

Thu, Jan 20, 4:57 PM

Hope all is well.                4:57 PM

Just want to confirm             4:58 PM

                    Nah          4:58 PM

Two wires directly to us         4:58 PM
tomorrow?

Thanks                           4:58 PM

Thu, Jan 20, 8:07 PM

What do you mean?                8:07 PM

You confirmed today you are      8:07 PM

I don't understand              8:07 PM

What's going on?                 8:48 PM

Fri, Jan 21, 7:52 AM

Goodmorning                      7:52 AM

        Hey. Going into dentist's office   7:58 AM
        right now.

Good luck                        7:58 AM

Text Message



7:13

‹ 90   **R**   Rob ›

Fri, Jan 21, 7:52 AM

Goodmorning                                        7:52 AM

Hey. Going into dentist's office
right now.                                         7:58 AM

Good luck                                          7:58 AM

What's the story?                                  7:58 AM

Putting 160k in account?                           8:02 AM

Aren't you paid?                                   8:04 AM

Nope                                               8:05 AM

I'll check when I get to the
office. This is definitely the                     8:06 AM
worst deal ever.

Need it paid and done.
Complete fail and absolutely no
help at all. Might have just sent                  8:06 AM
you a check to start. Worst deal
ever.

Send the two payments so I can
get you the second clip                            8:06 AM

Text Message



**7:14**

< 90  **R**

Rob >

Send the two payments so I can get you the second clip  8:06 AM

Whatever. Second clip  was due already. Makes no sense  8:07 AM

If the daily was half what it is it would make sense. This is just dumb  8:09 AM

You said second half in 10 days but maybe sooner.  8:13 AM

You received 16 payments plus a separate wire of $80k, correct?  8:16 AM

1,360,000  8:16 AM

That's more than owed.

On $2,000,000 it was $2,700,000.  8:17 AM

So what would you expect $160k more?  Do you always over debit or am I special?  8:18 AM

I need you to send the yesterdays payments and

Text Message



7:14

‹ 90

**R**

**Rob** ›

You received 16 payments plus a separate wire of $80k, correct?  8:16 AM

1,360,000  8:16 AM

That's more than owed.

On $2,000,000 it was $2,700,000.  8:17 AM

So what would you expect $160k more?  Do you always over debit or am I special?  8:18 AM

I need you to send the yesterdays payments and todays payment. That will make the deal as is paid in full. I will then do a new 2m deal with you at a smaller daily  8:25 AM

In fact I never over debit. I didn't even take out a holiday payment on Tuesday when all your other lenders I'm sure did.  8:25 AM

Please check the math. It is over with that.  8:56 AM

Text Message



**R**

**Rob** >

I need you to send the yesterdays payments and todays payment. That will make the deal as is paid in full. I will then do a new 2m deal with you at a smaller daily

8:25 AM

In fact I never over debit. I didn't even take out a holiday payment on Tuesday when all your other lenders I'm sure did.

8:25 AM

Please check the math. It is over with that.

8:56 AM

I did check it. In order to complete the first part of the deal you still owe two payments

9:52 AM

I'm not trying to give you a hard time here Robert

9:53 AM

You are and have been.

9:53 AM

I want to do more business with you. 60K a day for 2m is a lot better than 80k for 1m. Let's do that. But you have to make these two payments today.

9:53 AM

Text Message

**R**

Rob

I want to do more business with you. 60K a day for 2m is a lot better than 80k for 1m. Let's do that. But you have to make these two payments today.

9:53 AM

It was never to be $80k for 1MM.

9:53 AM

You made that up somewhere.

9:54 AM

16 posted in the account.

Wasn't one wired separately?

9:56 AM

1,350,000 should have been it.

9:56 AM



9:57 AM

Text Message

1,350,000 should have been it.

9:56 AM



9:57 AM

Half of what is noted. All should have been half.

9:57 AM

You gave half. Payments should have been half.

9:58 AM

You doubled the effective APR.

9:58 AM

Usury laws don't allow things like that. Very predatory.

9:58 AM

Text Message



You doubled the effective APR.

Usury laws don't allow things like that. Very predatory.

But it is what it is.

Calling you from a 305 number

I just called you from my cell. 305 number. You're over complicating things. I don't want to have to make an official case of out this. We're both better than that.

Call again. Nothing is official.

Mon, Jan 24, 12:45 PM

How was your weekend?

Thu, Jan 27, 11:43 AM

Hi

What's going on

I'm sending you updated docs









send

Robert? 3:40 PM

What are we doing? 4:00 PM

Not too late for a wire today 4:44 PM

Wed, Feb 2, 1:23 PM

Hi 1:23 PM

Wed, Feb 2, 2:31 PM

1M or 500k 2:31 PM

Thu, Feb 3, 11:03 AM

500k 35k 11:03 AM

Better than all your deals man 11:04 AM

1M 35k? 11:04 AM

Lol 11:04 AM

Ready to fund you 11:05 AM

Next deal we do a solid one 11:06 AM

Ok 11:54 AM



**7:15**

**< 90**

**R**

**Rob >**

Thu, Feb 3, 11:03 AM

500k 35k · 11:03 AM

Better than all your deals man · 11:04 AM

1M 35k? · 11:04 AM

Lol · 11:04 AM

Ready to fund you · 11:05 AM

Next deal we do a solid one · 11:06 AM

Ok · 11:54 AM

How many positions do you currently have?
I don't care if you stack or anything and which account you wanna use · 12:00 PM

Several. First Citizens. Getting caught up on billing! Killing me. · 12:03 PM

We still have to meet · 12:03 PM

For sure · 12:04 PM

Coming to NY anytime soon? · 12:06 PM

Text Message



**7:15**

**‹ 90**  **R**
Rob ›

> Several. First Citizens. Getting caught up on billing! Killing me.
12:03 PM

We still have to meet
12:03 PM

> For sure
12:04 PM

Coming to NY anytime soon?
12:06 PM

1M flex at 65k
Or
500k 45k

What docs you want?
12:07 PM

> You said 500 35k
12:09 PM

> No?
12:09 PM

> Those are all so short. I'll let you know.
12:10 PM

My partner doesn't feel comfortable with all positions to do that low. Like I said next deal I'm coming in first and giving you a killer deal
12:10 PM

Let's do this one for now
12:10 PM

Text Message



My partner doesn't feel comfortable with all positions to do that low. Like I said next deal I'm coming in first and giving you a killer deal    12:10 PM

Let's do this one for now    12:10 PM

I'll make it 43k    12:10 PM

Let's call it a day    12:10 PM

I'll do 400k 35k    12:11 PM

Want that?    12:11 PM

?    12:13 PM

What's the word    1:11 PM

15 min and wire will be sent    1:11 PM

Thu, Feb 3, 2:30 PM

?    2:30 PM

Yes or no?    2:38 PM

Ready?    3:27 PM

40k    3:27 PM

Text Message



**Rob** >

Yes or no? — 2:38 PM

Ready? — 3:27 PM

40k — 3:27 PM

An hour left to send a wire — 3:43 PM

What's happening? — 3:43 PM

Tue, Feb 8, 10:56 AM

Hey what's up man — 10:56 AM

Need money? — 11:00 AM

500k — 11:06 AM

Ready to send the wire — 11:06 AM

I need the ZBL from the first deal. My records show I paid more than owed but you said you'd make it up to me on another deal which we ended up not doing. — 11:42 AM

Funded $1,000,000. It was repayment of $1,350,000



**7:16**

**Rob** ›

I need the ZBL from the first deal. My records show I paid more than owed but you said you'd make it up to me on another deal which we ended up not doing.
11:42 AM

Funded $1,000,000. It was repayment of $1,350,000

I made 18 payments of $80,000 from First Citizens.
1 wire if $80,000 from my personal Wells Fargo account on 1/10/22.
Total repayment $1,520,000

Overpaid $170,000

Please refund this. I'm sure you have seen this already.
11:50 AM

We still have the second clip
11:55 AM

I was just notified the deal was sent to legal
11:55 AM

How? 11:57 AM

Text Message





You received 16 payments plus a separate wire of $80k, correct?

1,360,000

That's more than owed.

On $2,000,000 it was $2,700,000.

So what would you expect $160k more? Do you always over debit or am I special?

11:58 AM

I need you to send the yesterdays payments and todays payment. That will make the deal as is paid in full. I will then do a new 2m deal with you at a smaller daily

In fact I never over debit. I didn't even take out a holiday payment

See what you said above. I honored that and paid it.

11:59 AM

You said it was as is paid in full.

11:59 AM

Fri, Feb 11, 6:17 PM

Please send the contract from 12/27. Drrobertclinton@gmail.com

Thanks

6:17 PM

Text Message

p