UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYMOUNT URGENT CARE PC, AND ROBERT A. CLINTON, JR., INDIGO INSTALLATIONS, INC., AND CHRISTOPHER A. TURRENTINE, individually, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOFUND ADVANCE, LLC, FUNDING 123, LLC, MERCHANT CAPITAL LLC , ALPHA RECOVERY PARTNERS, LLC, YITZCHOK WOLF, YOSEF BREZEL, JOSEPH KROEN, and YISROEL C. GETTER,<br><br>Defendants. | Case No. 1:22-cv-01245-JSR |

## NOTICE OF FILING

Defendants GoFund Advance, LLC ("GFA"), Funding 123, LLC ("Funding 123"), Merchant Capital LLC ("Merchant Capital"), Alpha Recovery Partners, LLC ("Alpha"), Yitzchok Wolf, Yosef Brezel, Joseph Kroen, and Yisroel C. Getter (together, "Defendants") hereby give notice of filing of **Exhibit J** to the March 31, 2022, Affidavit of Yosef Brezel, (Doc. No. 69), which was referenced in Mr. Brezel's Affidavit but inadvertently not included therewith.

Respectfully submitted,

/s John A. Mueller
John A. Mueller
LIPPES MATHIAS LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216
716.853.5100
jmueller@lippes.com

*Attorneys for Defendants*