# EXHIBIT J

# TEXT MESSAGE EXCHANGE



not received it yet.
855-442-8715

Tue, Mar 8, 12:53 PM

I still need the executed settlement agreement please.

Tue, Mar 8, 2:24 PM

Jason, my attorney is asking for the countersigned settlement agreement please

Tue, Mar 8, 3:34 PM

Thank you sir.

Jason, last thing. Can you make sure your attorney faxed in the bank letter to the number I gave you this morning? PNC Bank is stating they still do not have it.

Disregard. Just got an email from PNC

