# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYMOUNT URGENT CARE PC, AND ROBERT A. CLINTON, JR., INDIGO INSTALLATIONS, INC., AND CHRISTOPHER A. TURRENTINE, individually, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOFUND ADVANCE, LLC, FUNDING 123, LLC, MERCHANT CAPITAL LLC, ALPHA RECOVERY PARTNERS, LLC, YITZCHOK WOLF, YOSEF BREZEL, JOSEPH KROEN, and YISROEL C. GETTER,<br><br>Defendants. | Case No.: 1:22-cv-01245 (JSR) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendants, GoFund Advance, LLC, Funding 123, LLC, Merchant Capital LLC, and Yisroel C. Getter, in this action. I certify that I am admitted to practice before this Court.

Dated: July 14, 2022
      New York, NY

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Tel: (646) 350-0527
Email: vel@rochefreedman.com