UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYMOUNT URGENT CARE PC, ROBERT A. CLINTON, JR., INDIGO INSTALLATIONS, INC., and CHRISTOPHER A. TURRENTINE, individually, and on behalf of all those similarly situated,<br><br>                Plaintiffs.<br><br>v.<br><br>GOFUND ADVANCE, LLC, FUNDING 123, LLC, MERCHANT CAPITAL LLC, ALPHA RECOVERY PARTNERS, LLC, YITZCHOK ("ISAAC") WOLF, JOSEF BREZEL, JOSEPH KROEN, and YISROEL C. GETTER,<br><br>                Defendants. | Case No. 1:22-cv-01245-JSR<br><br>NOTICE OF MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b) |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, dated August 3, 2022, and upon all papers and proceedings herein, Defendants, GoFund Advance, LLC, Funding 123, LLC, Merchant Capital LLC, Alpha Recovery Partners, LLC, Yitzchok Wolf, Yosef Brezel, Joseph Kroen, and Yisroel C. Getter, hereby moves this Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an order (i) certifying its Order for immediate appeal pursuant to 28 U.S.C. § 1292(b); and (ii) stay discovery pending the resolution of this Motion and the appeal.

Dated: August 3, 2022　　　　　　　　　　*/s/ Edward Normand*
　　　　New York, N.Y.　　　　　　　　　　Edward Normand
　　　　　　　　　　　　　　　　　　　　　Velvel (Devin) Freedman
　　　　　　　　　　　　　　　　　　　　　Kyle W. Roche

Peter Bach-y-Rita
Richard Cipolla
Kelvin Goode
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Tel: (646) 350-0527
Email: vel@rochefreedman.com