UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| Haymount Urgent Care PC et al., <br><br> Plaintiffs, <br><br> -v- <br><br> GoFund Advance LLC, <br><br> Defendants. |

22-cv-1245 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Devin Freedman, Edward John Normand, Kyle William Roche, and Richard Cipolla of Roche Freedman, LLP and Conor Eric Brownell and John Albert Mueller of Lippes Mathias LLP are relieved of their representation of Yisroel C. Getter for good cause shown. See 8/16/22 Hr'g Tr. Additionally, Conor Eric Brownell and John Albert Mueller of Lippes Mathias LLP are hereby relieved of their representation of all remaining defendants per joint stipulation among defense counsel.

Mr. Getter represented that he wished to retain new counsel. See 8/16/22 Hr'g Tr. Accordingly, all discovery as to Mr. Getter is hereby stayed through Tuesday, August 30, 2022. Once Mr. Getter obtains new counsel, Mr. Getter's counsel is directed to jointly call chambers with plaintiffs' counsel to set a discovery schedule for Mr. Getter. If Mr. Getter does not retain counsel by August 30, 2022, the stay will be lifted and Mr. Getter will proceed pro se.

1

SO ORDERED.

New York, NY
August 16, 2022

_____
JED S. RAKOFF, U.S.D.J.