UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYMOUNT URGENT CARE PC, ROBERT A. CLINTON, JR., INDIGO INSTALLATIONS, INC., AND CHRISTOPHER A. TURRENTINE, *individually and on behalf of all those similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>GOFUND ADVANCE, LLC, FUNDING 123, LLC, MERCHANT CAPITAL LLC, ALPHA RECOVERY PARTNERS, LLC, YITZCHOK ("ISAAC") WOLF, JOSEF BREZEL, JOSEPH KROEN, AND YISROEL C. GETTER,<br><br>Defendants. | Case No. 1:22-cv-01245-JSR<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION** |

PLEASE TAKE NOTICE that, Plaintiffs Haymount Urgent Care PC, Robert A. Clinton, Jr., Indigo Installations, Inc., and Christopher A. Turrentine, and those similarly situated ("Plaintiffs"), by and through its undersigned attorneys, will move this Court, before the Honorable Jed S. Rakoff at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, 10007, for an Order granting Plaintiffs class certification pursuant to FRCP Rule 23. In support of its motion, Plaintiff will rely upon its Memorandum of Law in Support, dated September 12, 2022, the Declaration of Shane S. Heskin, dated September 12, 2022, the Declaration of David S. Almeida, dated September 12, 2022, the Declaration of James J. Bilsborrow, dated September 12, 2022, the Declaration of Christopher Turrentine, dated September 12, 2022, and the Declaration of Robert A. Clinton, Jr., dated September 12, together with the exhibits thereto, and all prior pleadings and proceedings herein.

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's order dated August 3, 2022, answering papers are due on October 3, 2022, with Plaintiffs' reply papers due on October

29487594v.1

-2-

10, 2022. Oral argument is scheduled to be held on October 19, 2022, at 4:30 p.m., at 400 Pearl Street, Courtroom 14B.

                                              Respectfully submitted,

                                              **WHITE AND WILLIAMS LLP**

By: _____
      Shane R. Heskin
      Alex D. Corey
      7 Times Square, STE 29
      New York, NY 10036
      (215) 864-7000
      heskins@whiteandwilliams.com

      *Attorneys for Plaintiffs*

To: **ROCHE FREEDMAND LLP** (Via ECF)
     Edward Normand
     Velvel (Devin) Freedman
     Kyle W. Roche
     Richard Cipolla
     Kelvin Goode
     99 Park Avenue, 19th Floor
     New York, NY 10016
     (646) 350-0527
     tnormand@rochefreedman.com
     *Attorneys for Defendants*