**Subject:** PLEASE NOTARIZE AND SEND BACK
**Date:** Thursday, March 3, 2022 at 2:46:33 PM Central Standard Time
**From:** Ashley | Alt Capital Source
**To:** Chris Turrentine
**Attachments:** Correspondence to PNC Bank.docx

Thank you,
Ashley Hauser
Senior Funder
Email: Ashley@altcapitalsource.com



<div style="text-align: right">

**Jared M. Alfin**
*jalfin@hgesq.com*
(860) 651-1333, ext. 105

*Please reply to Simsbury*

</div>

<div style="text-align: center">

**FOR SETTLEMENT PURPOSES ONLY**
[ DATE \@ "MMMM d, yyyy" \* MERGEFORMAT ]

</div>

kara.urban@pnc.com

Kara Urban

PNC Bank

Garnishment & Levy Department

249 Fifth Ave 21st Floor
Pittsburgh, PA 15222

Re:     **GOFUND ADVANCE, LLC v. INDIGO INSTALLATIONS, INC., ET AL**

Dear Ms. Urban

     This firm represents the plaintiff in the above-referenced litigation. This is to inform you that the above captioned matter has been partially settled, the specific payment terms of which are private. The account holders' notarized signature is below. Therefore, please accept this correspondence as notice to immediately release the total amount of **$7,702.00**, payable to *Hassett & George, P.C.* and send it to Hassett & George, P.C. c/o Jared M. Alfin, Esq., 945 Hopmeadow Street, Simsbury, CT 06070. Please release all the accounts and remaining funds to the account holders. Should you have any questions, please do not hesitate to contact me directly.

<div style="text-align: center">

Very truly yours,

*Jared M. Alfin*

</div>

**INDIGO INSTALLATIONS, INC. D/B/A INDIGO INSTALLATIONS** and **CHRISTOPHER A. TURRENTINE**

By:_____
**CHRISTOPHER A. TURRENTINE**
Duly Authorized

STATE OF _____     )
                             )   ss: _____ March___, 2022.
COUNTY OF _____       )

Personally appeared, **CHRISTOPHER A. TURRENTINE**, individually and on behalf of **INDIGO INSTALLATIONS, INC.**, its duly authorized agent/owner, as aforesaid signer of the foregoing instrument, and acknowledged the same to his free act and deed and the free act and deed of said companies, before me.

<div style="margin-left: 50%">

_____
Print Name:
Notary Public
My Commission Expires:

</div>