# Redacted

**From:** Michael Fitzgibbon <Michael.Fitzgibbon@Baring.com>
**Date:** Monday, March 7, 2022 at 8:10 AM
**To:** Chris Turrentine <chris@indigoinstallations.com>
**Cc:** Jennifer Hendrick <Jennifer.Hendrick@Baring.com>
**Subject:** Indigo - gofund Advance Claim

Good Morning Chris,

Sorry to hear about this nonsense you have to deal with. As requested, attached are the docs we rec'd.

I have cc'd our Controller, Jennifer Hendrick.

In the event that our attorney wants to talk to your attorney, can you please send his/her contact info?

Thanks,

HAY-0000338

Mike Fitzgibbon, President
Baring Ind / Baring Foodservice Equipment Co
Office 954-327-6734 / Cell 954-629-9152
michael.fitzgibbon@baring.com

HAY-0000339