# EXHIBIT A







7:09

‹ 90          **R**
              Rob ›

How much more do you need? I
can maybe get another funder
to do it                                    1:21 PM

I don't want to get messy.  It's
ok.                                          1:23 PM

The last thing I want is a mess.            1:25 PM

Let's keep the deal rolling as is
and I can than show my
investors that is a deal they
want to fund again and again.               1:26 PM
This is just the beginning

Ok                                           1:26 PM

$80k per day is crazy on 1MM                 1:26 PM

I probably won't even use the
money. I am paying $200k just                1:27 PM
for fun.

15 day deal.                                 1:27 PM

Dumbest ever                                 1:27 PM

It might not be the best deal for
now but with solid payback
history deals do get larger and              1:45 PM
longer

Text Message













7:10

‹ 90

R

Rob ›

For which? — 10:49 AM

I don't see it. — 10:49 AM

They told me it went through at the bank — 10:49 AM

Jan 6th. Check the account — 10:49 AM

You'll see — 10:49 AM

Insufficient funds — 10:50 AM

? — 11:12 AM

Mon, Jan 10, 12:38 PM

Was wire sent? — 12:38 PM

Please confirm — 12:54 PM

Mon, Jan 10, 2:20 PM

Hi — 2:20 PM

I need a wire today — 2:21 PM

Of course. I know. — 2:21 PM

Updates? — 3:00 PM

Text Message



Ok but when?          3:11 PM

Done          3:14 PM

Please send me a confirmation          3:14 PM





7:11 ◈

R
Rob ›

?         3:38 PM

If the GD wire goes through to them. The bank I went to was closed due to covid.    3:45 PM

The wire is for last week    3:53 PM

What about today's payment?    3:53 PM

Yes. The wire is done.    3:53 PM

Didn't receive it yet. Will let you know when I do.    3:53 PM

Today's payment?    3:53 PM

The wire has not processed from the bank. I can't control when they send it.    3:55 PM

You have seen that you will be paid from looking at my statements. The bank is locked out front where I went. Said they have covid.    3:56 PM

Sorry in a meeting.    3:58 PM

Can you transfer from another    3:58 PM

Text Message

-12-



7:11

‹ 90

R

Rob ›

You have seen that you will be paid from looking at my statements.  The bank is locked out front where I went.  Said they have covid.

3:56 PM

Sorry in a meeting.

3:58 PM

Can you transfer from another account so it clears

3:58 PM

I went to First Citizens. They said they won't send anything back and I can wire in the morning to cover

4:36 PM

Tue, Jan 11, 10:57 AM

Yesterday and today's payment

10:57 AM

What's gonna be?

10:57 AM

Should we start debits in the other account?

10:58 AM

Hi good morning

10:58 AM

Trying to get Wells Fargo to let me wire.

10:58 AM

Text Message

-13-











7:12 ⚲

‹ 90                                    R
                                       Rob ›

Fri, Jan 14, 12:02 PM

Hi                                        12:02 PM

Today's payment is clearing?              12:02 PM

It will once I get out of here. I
have covid and in clinic getting          12:10 PM
treated.

Can you send a wire please?               1:06 PM

?                                         1:07 PM

Can you send it now?                      1:10 PM

It is clearing.  I spoke to the           1:13 PM
bank.

There's no money there                    1:13 PM

And the debit is not there either         1:13 PM

I know. It will be.  She sees it          1:13 PM
and is posting it.

You put money in?                         1:14 PM

It will be. She is allowing it to         1:16 PM
process.  Money will come this

☐○ Ⓐ    Text Message                      ⬆



7:12 ⬀

‹ 90    **R**

Rob ›

You put money in?                          1:14 PM

It will be. She is allowing it to
process.  Money will come this            1:16 PM
afternoon.

How many more days left of the
deal?  We need to finish it.              1:16 PM

Ok let's talk on Monday. I just
want to make sure today's won't           1:23 PM
bounce

Fri, Jan 14, 2:30 PM

Did you transfer yet?                      2:30 PM

They can't do it until 4:30                3:02 PM

I don't need to talk. I want to be
done with this. No more                    3:03 PM
disbursements.

It is too much for this little.
Can't really use it. $80k/day is
too aggressive. On $3MM it can             3:04 PM
work. Not at $1MM after each is
paid off.

Plus you talk.                             3:05 PM

Text Message





Tue, Jan 18, 1:29 PM

?                                                    1:29 PM

It will.  Getting wired          1:29 PM

I am still home with covid        1:29 PM

Oh wow feel better                    1:29 PM

Wiring to me directly?            1:29 PM

To bank.    1:31 PM

Great                                          1:31 PM

Want me to turn on debits and        1:32 PM
you wire me

Turn off                                     1:32 PM

We really should be done.    1:32 PM

Tue, Jan 18, 2:47 PM

We're never gonna be done        2:47 PM

I want to do a lot of good            2:47 PM
business with you

LOL. Then these terms have to

Text Message



‹ 90

**R**

Rob ›

We really should be done.                    1:32 PM

Tue, Jan 18, 2:47 PM

We're never gonna be done                     2:47 PM

I want to do a lot of good
business with you                              2:47 PM

LOL. Then these terms have to
change. $80k per day is insane                 2:51 PM
on $1MM.

Let's meet up and we'll do a lot
more better bussiness                          3:12 PM

How's Thursday for you                         3:12 PM

I will be in Chicago.                          3:17 PM

What's in Chicago?                             3:18 PM

I'd tell you if it was something I
was sharing.                                   3:19 PM

Wife's doctor is there. She
doesn't like me sharing                        3:23 PM
everything

Text Message



7:13 ⏎

< 90                    R
                      Rob >

What's in Chicago?                          3:18 PM

I'd tell you if it was something I          3:19 PM
was sharing.

Wife's doctor is there. She                 3:23 PM
doesn't like me sharing
everything

Oh I'm sorry to hear that                    3:24 PM

Hope everything turns out ok                 3:24 PM

Do you ever come out to NY                   3:25 PM
area?

Rarely. I was there just before             3:39 PM
Christmas.

Thu, Jan 20, 12:12 PM

Hey man                                      12:12 PM

How are you?                                 12:12 PM

Is today clearing?                           12:56 PM

I am in Chicago                              12:59 PM

Why does it keep coming out

Text Message









7:14

< 90

**R**

Rob >

Send the two payments so I can get you the second clip
8:06 AM

Whatever. Second clip  was due already. Makes no sense
8:07 AM

If the daily was half what it is it would make sense. This is just dumb
8:09 AM

You said second half in 10 days but maybe sooner.
8:13 AM

You received 16 payments plus a separate wire of $80k, correct?
8:16 AM

1,360,000
8:16 AM

That's more than owed.

On $2,000,000 it was $2,700,000.
8:17 AM

So what would you expect $160k more?  Do you always over debit or am I special?
8:18 AM

I need you to send the yesterdays payments and

Text Message



7:14

< 90

R

Rob >

You received 16 payments plus a separate wire of $80k, correct?                    8:16 AM

1,360,000                    8:16 AM

That's more than owed.

On $2,000,000 it was $2,700,000.                    8:17 AM

So what would you expect $160k more?  Do you always over debit or am I special?                    8:18 AM

I need you to send the yesterdays payments and todays payment. That will make the deal as is paid in full. I will then do a new 2m deal with you at a smaller daily                    8:25 AM

In fact I never over debit. I didn't even take out a holiday payment on Tuesday when all your other lenders I'm sure did.                    8:25 AM

Please check the math. It is over with that.                    8:56 AM

Text Message



7:14

‹ 90          R          Rob ›

I need you to send the yesterdays payments and todays payment. That will make the deal as is paid in full. I will then do a new 2m deal with you at a smaller daily          8:25 AM

In fact I never over debit. I didn't even take out a holiday payment on Tuesday when all your other lenders I'm sure did.          8:25 AM

Please check the math. It is over with that.          8:56 AM

I did check it. In order to complete the first part of the deal you still owe two payments          9:52 AM

I'm not trying to give you a hard time here Robert          9:53 AM

You are and have been.          9:53 AM

I want to do more business with you. 60K a day for 2m is a lot better than 80k for 1m. Let's do that. But you have to make these two payments today.          9:53 AM

Text Message



7:14

< 90

R

Rob >

I want to do more business with you. 60K a day for 2m is a lot better than 80k for 1m. Let's do that. But you have to make these two payments today.

9:53 AM

It was never to be $80k for 1MM.

9:53 AM

You made that up somewhere.

9:54 AM

16 posted in the account.

Wasn't one wired separately?

9:56 AM

1,350,000 should have been it.

9:56 AM

9:57 AM

Text Message



**1,350,000 should have been it.**  9:56 AM

9:57 AM

**Half of what is noted. All should have been half.**  9:57 AM

**You gave half.  Payments should have been half.**  9:58 AM

**You doubled the effective APR.**  9:58 AM

**Usury laws don't allow things like that. Very predatory.**  9:58 AM



7:14

< 90        **R**
            Rob >

You doubled the effective APR.    9:58 AM

Usury laws don't allow things
like that. Very predatory.        9:58 AM

But it is what it is.             9:59 AM

Calling you from a 305 number     9:59 AM

I just called you from my cell.
305 number. You're over
complicating things. I don't
want to have to make an official   10:02 AM
case of out this. We're both
better than that.

Call again.
Nothing is official.              10:02 AM

Mon, Jan 24, 12:45 PM

How was your weekend?             12:45 PM

Thu, Jan 27, 11:43 AM

Hi                                11:43 AM

What's going on                   11:43 AM

I'm sending you updated docs      11:43 AM

Text Message









7:15

‹ 90                    R

                      Rob ›

send

Robert?                          3:40 PM

What are we doing?               4:00 PM

Not too late for a wire today    4:44 PM

          Wed, Feb 2, 1:23 PM

Hi                               1:23 PM

          Wed, Feb 2, 2:31 PM

1M or 500k                       2:31 PM

          Thu, Feb 3, 11:03 AM

500k 35k                         11:03 AM

Better than all your deals man   11:04 AM

                       1M 35k?   11:04 AM

Lol                              11:04 AM

Ready to fund you                11:05 AM

Next deal we do a solid one      11:06 AM

                        Ok       11:54 AM

Text Message







7:15

< 90          **R**
              **Rob** >

My partner doesn't feel comfortable with all positions to do that low. Like I said next deal I'm coming in first and giving you a killer deal                    12:10 PM

Let's do this one for now          12:10 PM

I'll make it 43k          12:10 PM

Let's call it a day          12:10 PM

I'll do 400k 35k          12:11 PM

Want that?          12:11 PM

?          12:13 PM

What's the word          1:11 PM

15 min and wire will be sent          1:11 PM

Thu, Feb 3, 2:30 PM

?          2:30 PM

Yes or no?          2:38 PM

Ready?          3:27 PM

40k          3:27 PM

Text Message









7:16
90
R
Rob
I need the ZBL from the first deal. My records show I paid more than owed but you said you'd make it up to me on another deal which we ended up not doing.
11:42 AM
Funded $1,000,000. It was repayment of $1,350,000
I made 18 payments of $80,000 from First Citizens.
1 wire if $80,000 from my personal Wells Fargo account on 1/10/22.
Total repayment $1,520,000
Overpaid $170,000
Please refund this. I'm sure you have seen this already.
11:50 AM
We still have the second clip
11:55 AM
I was just notified the deal was sent to legal
11:55 AM
How?
11:57 AM
Text Message

7:16
90
R
Rob
We still have the second clip
11:55 AM
I was just notified the deal was sent to legal
11:55 AM
How?
11:57 AM
You said it was paid in full.
11:57 AM
This is a scam
11:57 AM
but maybe sooner.
You received 16 payments plus a separate wire of $80k, correct?
1,360,000
That's more than owed.
On $2,000,000 it was $2,700,000.
So what would you expect $160k more? Do you always over debit or am I special?
11:58 AM
I need you to send the yesterdays payments and todays payment. That will make the deal as is paid in full. I will then do a new 2m deal with you at a smaller daily
In fact I never over debit. I didn't even take out a holiday payment
See what you said above. I honored that and paid it.
11:59 AM
Text Message

7:16

< 90

**Rob** >

You received 16 payments plus a separate wire of $80k, correct?

1,360,000

That's more than owed.

On $2,000,000 it was $2,700,000.

So what would you expect $160k more?  Do you always over debit or am I special?

11:58 AM

I need you to send the yesterdays payments and todays payment. That will make the deal as is paid in full. I will then do a new 2m deal with you at a smaller daily

In fact I never over debit. I didn't even take out a holiday payment

See what you said above. I honored that and paid it.

11:59 AM

You said it was as is paid in full.

11:59 AM

Fri, Feb 11, 6:17 PM

Please send the contract from 12/27. Drrobertclinton@gmail.com

Thanks

6:17 PM

Text Message

p