UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Haymount Urgent Care PC et al.,<br><br>       Plaintiffs,<br><br>  -v-<br><br>GoFund Advance, LLC et al.,<br><br>       Defendants. | 22-cv-1245 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Pursuant to the parties' joint request, the Court orders that exhibits 4, 11, 16, 17, and 18 to the Declaration of Shane Heskin (Dkt. 122) filed in support of plaintiffs' first (now withdrawn) motion for class certification be sealed. The Clerk is directed to restrict the availability of these exhibits on ECF to counsel for the parties and to the Court. Plaintiffs are also granted leave to file exhibits in support of their second motion for class certification set to be filed later today (9/23/22) under temporary seal (again, with copies on ECF only available to the Court and counsel for the parties). The temporary sealing order will expire one week from today, on 9/30/22. Plaintiffs' unopposed request to take 11 depositions is granted.

    SO ORDERED.

New York, NY
September 23, 2022

                                             JED S. RAKOFF, U.S.D.J.