UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYMOUNT URGENT CARE PC, ROBERT A. CLINTON, JR., *individually and on behalf of all those similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>GOFUND ADVANCE, LLC, FUNDING 123, LLC, MERCHANT CAPITAL LLC, ALPHA RECOVERY PARTNERS, LLC, YITZCHOK ("ISAAC") WOLF, JOSEF BREZEL, JOSEPH KROEN, AND YISROEL C. GETTER,<br><br>Defendants. | Case No. 1:22-cv-01245-JSR<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION** |

PLEASE TAKE NOTICE that, Plaintiffs Haymount Urgent Care PC, Robert A. Clinton, Jr., and those similarly situated ("Plaintiffs"), by and through its undersigned attorneys, will move this Court, before the Honorable Jed S. Rakoff at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, 10007, for an Order granting Plaintiffs class certification pursuant to FRCP Rule 23.  In support of its motion, Plaintiff will rely upon its Memorandum of Law in Support, dated September 23, 2022, the Declaration of Shane S. Heskin, dated September 23, 2022, the Declaration of David S. Almeida, dated September 23, 2022, the Declaration of James J. Bilsborrow, dated September 23, 2022, and the Declaration of Robert A. Clinton, Jr., dated September 12, 2022, together with the exhibits thereto, and all prior pleadings and proceedings herein.

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's order dated September 19, 2022, answering papers are due on October 12, 2022, with Plaintiffs' reply papers due on October 21, 2022.  Oral argument is scheduled to be held on November 18, 2022, at 2:00 p.m., at 400 Pearl Street, Courtroom 14B.

29487594v.1

-2-

September 23, 2022

                              Respectfully submitted,

                              **WHITE AND WILLIAMS LLP**

By: _____
                              Shane R. Heskin
                              Alex D. Corey
                              7 Times Square, STE 29
                              New York, NY 10036
                              (215) 864-7000
                              heskins@whiteandwilliams.com

                              *Attorneys for Plaintiffs*

To: **ROCHE FREEDMAND LLP** (Via ECF)
     Edward Normand
     Velvel (Devin) Freedman
     Kyle W. Roche
     Richard Cipolla
     Kelvin Goode
     99 Park Avenue, 19th Floor
     New York, NY 10016
     (646) 350-0527
     tnormand@rochefreedman.com
     *Attorneys for Defendants*

29487594v.1