```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| Haymount Urgent Care PC et al.,<br><br>           Plaintiffs,<br><br>    -v-<br><br>GoFund Advance, LLC et al.,<br><br>           Defendants. | 22-cv-1245 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

In accordance with the Court's previous order (Dkt. 134) authorizing plaintiffs to file a declaration and certain exhibits in support of their class certification motion under a temporary sealing order set to expire today, the Court directs the clerk's office to unseal docket entry 139 and all attachments except the following: Attachments 1 ("Exhibit 4 - Yitzchok (Isaac) Wolf - Condensed Transcript"), 2 ("Exhibit 11 - Yosef Brezel - Condensed Transcript"), 4 ("Exhibit 17 - Jared Alfin, Esquire - Condensed Transcript"), and 6 ("Exhibit 34 - Yisroel Getter - Rough Draft - Condensed Transcript"). The clerk is directed to permanently seal these four attachments and limit ECF access to only the court and counsel for the parties. Plaintiffs are granted to file new versions of those four attachments with appropriate redactions.

SO ORDERED.

New York, NY
September 30, 2022

_____
JED S. RAKOFF, U.S.D.J.