# EXHIBIT 12

| Message | |
|---|---|
| **From:** | noreply@mail.hellosign.com [noreply@mail.hellosign.com] |
| on behalf of | HelloSign <noreply@mail.hellosign.com> [noreply@mail.hellosign.com] |
| **Sent:** | 10/19/2021 7:56:01 AM |
| **To:** | admin@merchantcapitalpro.com |
| **Subject:** | Daily Summary: 40 documents out for signature |





### Daily Summary

Here's a list of your unsigned documents from the last 30 days.

## EDUCATIONAL CENTER FOR THE DISABLES FUNDING DOCS

**RECIPIENT**

emreviku@mailo.com

View Details Send Reminder Cancel Request

GOFUND_000057067

## THOMAS & THOMAS LOGISTICS FUNDING DOCS

**RECIPIENT**

jthomas5969@gmail.com

View Details Send Reminder Cancel Request

---

## FRANKLIN DECORATING FUNDING DOCS

**RECIPIENT**

bobwhitley1949@gmail.com

View Details Send Reminder Cancel Request

---

## TRIPLE D

**RECIPIENT**

tripledacquisition@gmail.com

View Details Send Reminder Cancel Request

---

## SUPPORT LOGISTICS FUNDING DOCS

**RECIPIENT**

david@usa-direct.net

View Details Send Reminder Cancel Request

---

## HAYMOUNT URGENT CARE

**RECIPIENT**

drrobertclinton@gmail.com

View Details Send Reminder Cancel Request

GOFUND_000057068

# RACCOON REFUSE GARBAGE SERVICES FUNDING DOCS

**RECIPIENTS**

raccoonrefusegarbage@gmail.com,  e_yokom@hotmail.com

View  Details Send  Reminder Cancel  Request

# BROTHERS DELIVERY SERVICES FUNDING DOCS

**RECIPIENTS**

sadarcade@icloud.com,  abdelsbbq@gmail.com

View  Details Send  Reminder Cancel  Request

# UNILOGIC GROUP FUNDING DOCS

**RECIPIENT**

ronscarlato@gmail.com

View  Details Send  Reminder Cancel  Request

# JAMES A. ITALIANO FUNDING DOCS

**RECIPIENT**

jamesai48@gmail.com

View  Details Send  Reminder Cancel  Request

# UNILOGIC

GOFUND_000057069

RECIPIENT

ronscarlato@gmail.com

View Details Send Reminder Cancel Request

## CHICANE MOTOR SPORT FUNDING DOCS

RECIPIENT

brad@chicanemotorsport.com

View Details Send Reminder Cancel Request

## US ASSETS FUNDING DOCS

RECIPIENT

jefflove@usassetsinc.com

View Details Send Reminder Cancel Request

## UNILOGIC

RECIPIENT

ronscarlato@gmail.com

View Details Send Reminder Cancel Request

## AMERICAN CLEANING SERVICES FUNDING DOCS

RECIPIENT

gabe325@me.com

View Details Send Reminder Cancel Request

Confidential

## PACIFIC COLLISION CENTER FUNDING DOCS

**RECIPIENT**

pacificcollisioncenter@aol.com

View Details Send Reminder Cancel Request

## American Cleaning Services Inc

**RECIPIENT**

gabe325@me.com

View Details Send Reminder Cancel Request

## UNIVERSITY SLEEP MEDS FUNDING DOCS

**RECIPIENT**

egetachew2006@yahoo.com

View Details Send Reminder Cancel Request

## CAPITALONLINE AUCTIONS ZBL

**RECIPIENT**

auctionmitch@gmail.com

View Details Send Reminder Cancel Request

## PRETZEL PERFECTION FUNDING DOCS

**RECIPIENT**

amy@perfectionsnacks.com

View Details Send Reminder Cancel Request

GOFUND_000057071

## AMERICAN CLEANING

**RECIPIENT**

gabe325@me.com

View Details Send Reminder Cancel Request

## MCCOURTS AUTOMOTIVE FUNDING DOCS

**RECIPIENT**

mccourtscollision@gmail.com

View Details Send Reminder Cancel Request

## BPN MANAGEMENT FUNDING DOCS

**RECIPIENT**

ncnordstrom.coo@gmail.com

View Details Send Reminder Cancel Request

## MCCOURTS AUTOMOTIVE FUNDING DOCS

**RECIPIENT**

mccourtscollision@gmail.com

View Details Send Reminder Cancel Request

## SOUTHERN PETROLEUM FUNDING DOCS

**RECIPIENT**

david@southernpetroleumresources.com

GOFUND_000057072

View Details Send Reminder Cancel Request

## SOUTHERN PETROLEUM FUNDING DOCS

**RECIPIENT**

david@southernpetroleumresources.com

View Details Send Reminder Cancel Request

## QUINN HOME IMPROVEMENTS FUNDING DOCS

**RECIPIENT**

qhisiouxfalls@gmail.com

View Details Send Reminder Cancel Request

## CONRAD BUMGARNER FUNDING

**RECIPIENT**

gary@bumgarner.biz

View Details Send Reminder Cancel Request

## AMERICAN CLEANING

**RECIPIENT**

gabe325@me.com

View Details Send Reminder Cancel Request

## SCHIAVONI

Confidential

RECIPIENT

adrianosch@hotmail.com

View  Details Send  Reminder Cancel Request

---

## SCHIAVONI

RECIPIENT

adrianosch@hotmail.com

View  Details Send  Reminder Cancel Request

---

## CALIKING

RECIPIENT

kmksales@hotmail.com

View  Details Send  Reminder Cancel Request

---

## M KAPLAN INTERIORS FUNDING DOCS

RECIPIENT

matt@mkaplaninteriors.com

View  Details Send  Reminder Cancel Request

---

## SOUTHERN PETROLEUM FUNDING DOCS

RECIPIENT

david@southernpetroleumresources.com

View  Details Send  Reminder Cancel Request

---

GOFUND_000057074

## JAMES PINE & SON TRUCKING FUNDING DOCS

**RECIPIENTS**

andrew@jamespineandsontrucking.com,
james_jr@jamespineandsontrucking.com

View  Details Send Reminder Cancel Request

## DELTA CONSTRUCTION FUNDING DOCS

**RECIPIENT**

bduncan78@hotmail.com

View  Details Send Reminder Cancel Request

## ACTION EXCAVATION FUNDING DOCS

**RECIPIENT**

actionx15@yahoo.com

View  Details Send Reminder Cancel Request

## J COLOMER HOMES FUNDING DOCS

**RECIPIENT**

james.colomer@jchronline.com

View  Details Send Reminder Cancel Request

## CHARLEY'S AUTO FUNDING DOCS

**RECIPIENT**

encore151@aol.com

View  Details Send Reminder Cancel Request

GOFUND_000057075

# CALIKING ADDENDUM

**RECIPIENT**

kmksales@hotmail.com

View Details Send Reminder Cancel Request

MANAGE DOCUMENTS

THE HelloSign TEAM

Confidential

**Message**

| | |
|---|---|
| **From:** | noreply@mail.hellosign.com [noreply@mail.hellosign.com] |
| **on behalf of** | HelloSign <noreply@mail.hellosign.com> [noreply@mail.hellosign.com] |
| **Sent:** | 9/8/2021 8:05:36 AM |
| **To:** | admin@merchantcapitalpro.com |
| **Subject:** | Daily Summary: 40 documents out for signature |





**Daily Summary**

Here's a list of your unsigned documents from the last 30 days.

## DMV AUTO EXPRESS PAYOFF LETTER

**RECIPIENT**

bhuynh85@gmail.com

View Details Send Reminder Cancel Request

## CORPORATE INTERIORS GROUP, LLC. FUNDING DOCS

Confidential

**RECIPIENT**

corpintgroup@hotmail.com

View  Details Send Reminder Cancel Request

---

## DAVID A. PERRY JR. FUNDING DOCS

**RECIPIENT**

davidperryjr101@gmail.com

View  Details Send Reminder Cancel Request

---

## SCHALO GROUP CORPORATION

**RECIPIENT**

young.kang@shcalo-engin.com

View  Details Send Reminder Cancel Request

---

## AUTO ELECTRIC IMPORT, INC. FUNDING DOCS

**RECIPIENT**

alexriverablanco@gmail.com

View  Details Send Reminder Cancel Request

---

## WH POWDERLY CONSTRUCTION FUNDING DOCS

**RECIPIENT**

buckpowderly@comcast.net

View  Details Send Reminder Cancel Request

---

GOFUND_000057135

## AUTO ELECTRIC IMPORT, INC. FUNDING DOCS

**RECIPIENT**

alexriverablanco@gmail.com

View  Details Send  Reminder Cancel  Request

---

## SAM CORTEZ INC. PAYOFF

**RECIPIENT**

samcortezinc@gmail.com

View  Details Send  Reminder Cancel  Request

---

## TAHZOO, LLC. FUNDING  DOCS

**RECIPIENT**

kunalc@tahzoo.com

View  Details Send  Reminder Cancel  Request

---

## RESURGENCE

**RECIPIENT**

steve.fennelly@resurgencebh.com

View  Details Send  Reminder Cancel  Request

---

## RESURGENCE 700k

**RECIPIENT**

steve.fennelly@resurgencebh.com

View  Details Send  Reminder Cancel  Request

GOFUND_000057136

## ALL BAY BUILDERS FUNDING DOCS

RECIPIENT

charles@allday.biz

View Details Send Reminder Cancel Request

## RESURGENCE CALIFORNIA FUNDING DOCUMENTS

RECIPIENT

steve.fennelly@resurgencebh.com

View Details Send Reminder Cancel Request

## RESURGENCE CALIFORNIA FUNDING DOCUMENTS

RECIPIENT

steve.fennelly@resurgencebh.com

View Details Send Reminder Cancel Request

## WHITE MOUNTAIN FUNDING DOCS

RECIPIENT

donna.buring@whitemountaingrp.com

View Details Send Reminder Cancel Request

## TRIMSON FUNDING DOCS

RECIPIENT

Confidential

dtownsend@trimboard.net

View  Details Send Reminder Cancel Request

## RAY LYNNS AUTO FINDERS FUNDING DOCS

**RECIPIENT**

raylynnsautofinders@gmail.com

View  Details Send Reminder Cancel Request

## GORDON LAW FUNDING DOCS

**RECIPIENT**

gordonlaw@fromtiernet.net

View  Details Send Reminder Cancel Request

## RESURGENCE FUNDING DOCS

**RECIPIENT**

steve.fennelly@resurgencebh.com

View  Details Send Reminder Cancel Request

## T 42 FUNDING DOCS

**RECIPIENT**

quattrochit42@gmail.com

View  Details Send Reminder Cancel Request

## J AND R BOWL FUNDING DOCS

GOFUND_000057138

RECIPIENT

jandrbowl@gmail.com

View Details Send Reminder Cancel Request

## GLOBAL MARINE ENGINEERING, INC. FUNDING DOCS

RECIPIENT

reuben@globalmarineengineering.com

View Details Send Reminder Cancel Request

## TAHZOO, LLC. FUNDING DOCS

RECIPIENT

kunalc@tahzoo.com

View Details Send Reminder Cancel Request

## LJT HOLDINGS FUNDING DOCS

RECIPIENT

tony@ocautosource.com

View Details Send Reminder Cancel Request

## J AND R BOWL FUNDING DOCS

RECIPIENT

jandrbowl@gmail.com

View Details Send Reminder Cancel Request

GOFUND_000057139

## JMS BUILDERS GROUP, LLC. FUNDING DOCS

**RECIPIENT**

jmstrickland83@yahoo.com

View  Details Send Reminder Cancel Request

## TRACER ROOFING FUNDING DOCS

**RECIPIENTS**

nicole@tracerroofing.com,  nicole@tracerroofing.com

View  Details Send Reminder Cancel Request

## FAST GUARD SERVICE FUNDING DOCS

**RECIPIENT**

rod@fastguardservice.com

View  Details Send Reminder Cancel Request

## FAST GUARD SERVICE FUNDING DOCS

**RECIPIENT**

rod@fastguardservice.com

View  Details Send Reminder Cancel Request

## SGR ADDENDUM

**RECIPIENT**

tom@sgrenergy.com

View  Details Send Reminder Cancel Request

GOFUND_000057140

## SGR ADDENDUM

**RECIPIENT**

tom@sgrenergy.com

View Details Send Reminder Cancel Request

## ADVANCED SURGERY CENTER FUNDING DOCS

**RECIPIENT**

jameslee201@gmail.com

View Details Send Reminder Cancel Request

## GLOBAL MARINE ENGINEERING, INC. FUNDING DOCS

**RECIPIENT**

reuben@globalmarineengineering.com

View Details Send Reminder Cancel Request

## GROVE FINE ARTS FUNDING DOCS

**RECIPIENT**

grovefineartgallery@gmail.com

View Details Send Reminder Cancel Request

## YBE MANAGEMENT FUNDING DOCS

**RECIPIENT**

yah40@ybemgmt.com

GOFUND_000057141

View  Details Send  Reminder Cancel Request

## ALPINE  ADDENDUM

**RECIPIENT**

rich@alpinewoodworking.com

View  Details Send  Reminder Cancel Request

## LJT  FUNDING  DOCS

**RECIPIENT**

tony@ocautosource.com

View  Details Send  Reminder Cancel Request

## DHDT  CONSTRUCTION  FUNDING  DOCS

**RECIPIENT**

delthomma@gmail.com

View  Details Send  Reminder Cancel Request

## INTERNATIONAL  3PL, LLC. FUNDING  DOCS

**RECIPIENT**

accounting@international3pl.com

View  Details Send  Reminder Cancel Request

## HAYMOUNT  URGENT  CARE FUNDING  DOCS

GOFUND_000057142

**RECIPIENT**

drobertclinton@gmail.com

View  Details Send Reminder Cancel Request

MANAGE  DOCUMENTS

THE Hello Sign TEAM

Confidential

| Message | |
| --- | --- |
| **From**: | noreply@mail.hellosign.com [noreply@mail.hellosign.com] |
| **on behalf of** | HelloSign <noreply@mail.hellosign.com> [noreply@mail.hellosign.com] |
| **Sent**: | 9/7/2021 7:50:53 AM |
| **To**: | admin@merchantcapitalpro.com |
| **Subject**: | Daily Summary: 40 documents out for signature |





### Daily Summary

Here's a list of your unsigned documents from the last 30 days.

## DMV AUTO EXPRESS PAYOFF LETTER

**RECIPIENT**

bhuynh85@gmail.com

View Details Send Reminder Cancel Request

## CORPORATE INTERIORS GROUP, LLC.
## FUNDING DOCS

GOFUND_000057326

RECIPIENT

corpintgroup@hotmail.com

View Details Send Reminder Cancel Request

## DAVID A. PERRY JR. FUNDING DOCS

RECIPIENT

davidperryjr101@gmail.com

View Details Send Reminder Cancel Request

## SCHALO GROUP CORPORATION

RECIPIENT

young.kang@shcalo-engin.com

View Details Send Reminder Cancel Request

## AUTO ELECTRIC IMPORT, INC. FUNDING DOCS

RECIPIENT

alexriverablanco@gmail.com

View Details Send Reminder Cancel Request

## WH POWDERLY CONSTRUCTION FUNDING DOCS

RECIPIENT

buckpowderly@comcast.net

View Details Send Reminder Cancel Request

Confidential

## AUTO ELECTRIC IMPORT, INC. FUNDING DOCS

**RECIPIENT**

alexriverablanco@gmail.com

View Details Send Reminder Cancel Request

## SAM CORTEZ INC. PAYOFF

**RECIPIENT**

samcortezinc@gmail.com

View Details Send Reminder Cancel Request

## TAHZOO, LLC. FUNDING DOCS

**RECIPIENT**

kunalc@tahzoo.com

View Details Send Reminder Cancel Request

## RESURGENCE

**RECIPIENT**

steve.fennelly@resurgencebh.com

View Details Send Reminder Cancel Request

## RESURGENCE 700k

**RECIPIENT**

steve.fennelly@resurgencebh.com

View Details Send Reminder Cancel Request

Confidential

## ALL BAY BUILDERS FUNDING DOCS

**RECIPIENT**

charles@allday.biz

View Details Send Reminder Cancel Request

## RESURGENCE CALIFORNIA FUNDING DOCUMENTS

**RECIPIENT**

steve.fennelly@resurgencebh.com

View Details Send Reminder Cancel Request

## RESURGENCE CALIFORNIA FUNDING DOCUMENTS

**RECIPIENT**

steve.fennelly@resurgencebh.com

View Details Send Reminder Cancel Request

## WHITE MOUNTAIN FUNDING DOCS

**RECIPIENT**

donna.buring@whitemountaingrp.com

View Details Send Reminder Cancel Request

## TRIMSON FUNDING DOCS

**RECIPIENT**

GOFUND_000057329

dtownsend@trimboard.net

View Details Send Reminder Cancel Request

## RAY LYNNS AUTO FINDERS FUNDING DOCS

**RECIPIENT**

raylynnsautofinders@gmail.com

View Details Send Reminder Cancel Request

## GORDON LAW FUNDING DOCS

**RECIPIENT**

gordonlaw@frontiernet.net

View Details Send Reminder Cancel Request

## RESURGENCE FUNDING DOCS

**RECIPIENT**

steve.fennelly@resurgencebh.com

View Details Send Reminder Cancel Request

## T 42 FUNDING DOCS

**RECIPIENT**

quattrochit42@gmail.com

View Details Send Reminder Cancel Request

## J AND R BOWL FUNDING DOCS

GOFUND_000057330

RECIPIENT

jandrbowl@gmail.com

View Details Send Reminder Cancel Request

## GLOBAL MARINE ENGINEERING, INC. FUNDING DOCS

RECIPIENT

reuben@globalmarineengineering.com

View Details Send Reminder Cancel Request

## TAHZOO, LLC. FUNDING DOCS

RECIPIENT

kunalc@tahzoo.com

View Details Send Reminder Cancel Request

## LJT HOLDINGS FUNDING DOCS

RECIPIENT

tony@ocautosource.com

View Details Send Reminder Cancel Request

## J AND R BOWL FUNDING DOCS

RECIPIENT

jandrbowl@gmail.com

View Details Send Reminder Cancel Request

## JMS BUILDERS GROUP, LLC. FUNDING DOCS

**RECIPIENT**

jmstrickland83@yahoo.com

View  Details Send  Reminder Cancel  Request

---

## TRACER ROOFING FUNDING DOCS

**RECIPIENTS**

nicole@tracerroofing.com,  nicole@tracerroofing.com

View  Details Send  Reminder Cancel  Request

---

## FAST GUARD SERVICE FUNDING  DOCS

**RECIPIENT**

rod@fastguardservice.com

View  Details Send  Reminder Cancel  Request

---

## FAST GUARD SERVICE FUNDING  DOCS

**RECIPIENT**

rod@fastguardservice.com

View  Details Send  Reminder Cancel  Request

---

## SGR ADDENDUM

**RECIPIENT**

tom@sgrenergy.com

View  Details Send  Reminder Cancel  Request

GOFUND_000057332

## SGR ADDENDUM

**RECIPIENT**

tom@sgrenergy.com

View Details Send Reminder Cancel Request

## ADVANCED SURGERY CENTER FUNDING DOCS

**RECIPIENT**

jameslee201@gmail.com

View Details Send Reminder Cancel Request

## GLOBAL MARINE ENGINEERING, INC. FUNDING DOCS

**RECIPIENT**

reuben@globalmarineengineering.com

View Details Send Reminder Cancel Request

## GROVE FINE ARTS FUNDING DOCS

**RECIPIENT**

grovefineartgallery@gmail.com

View Details Send Reminder Cancel Request

## YBE MANAGEMENT FUNDING DOCS

**RECIPIENT**

yah40@ybemgmt.com

GOFUND_000057333

View Details Send Reminder Cancel Request

## ALPINE ADDENDUM

**RECIPIENT**

rich@alpinewoodworking.com

View Details Send Reminder Cancel Request

## LJT FUNDING DOCS

**RECIPIENT**

tony@ocautosource.com

View Details Send Reminder Cancel Request

## DHDT CONSTRUCTION FUNDING DOCS

**RECIPIENT**

delthomma@gmail.com

View Details Send Reminder Cancel Request

## INTERNATIONAL 3PL, LLC. FUNDING DOCS

**RECIPIENT**

accounting@international3pl.com

View Details Send Reminder Cancel Request

## HAYMOUNT URGENT CARE FUNDING DOCS

GOFUND_000057334

**RECIPIENT**

drobertclinton@gmail.com

View  Details Send Reminder Cancel Request

MANAGE  DOCUMENTS

THE Hello Sign TEAM

Confidential

Message

| | |
|---|---|
| **From:** | noreply@mail.hellosign.com [noreply@mail.hellosign.com] |
| on behalf of | HelloSign <noreply@mail.hellosign.com> [noreply@mail.hellosign.com] |
| **Sent:** | 9/6/2021 8:06:26 AM |
| **To:** | admin@merchantcapitalpro.com |
| **Subject:** | Daily Summary: 40 documents out for signature |





**Daily Summary**

Here's a list of your unsigned documents from the last 30 days.

## DMV AUTO EXPRESS PAYOFF LETTER

**RECIPIENT**

bhuynh85@gmail.com

View Details  Send Reminder  Cancel Request

## CORPORATE INTERIORS GROUP, LLC. FUNDING DOCS

GOFUND_000057387

**RECIPIENT**

corpintgroup@hotmail.com

View  Details Send  Reminder Cancel Request

## DAVID A. PERRY JR. FUNDING  DOCS

**RECIPIENT**

davidperryjr101@gmail.com

View  Details Send  Reminder Cancel Request

## SCHALO GROUP CORPORATION

**RECIPIENT**

young.kang@shcalo-engin.com

View  Details Send  Reminder Cancel Request

## AUTO ELECTRIC IMPORT, INC. FUNDING  DOCS

**RECIPIENT**

alexriverablanco@gmail.com

View  Details Send  Reminder Cancel Request

## WH POWDERLY CONSTRUCTION  FUNDING  DOCS

**RECIPIENT**

buckpowderly@comcast.net

View  Details Send  Reminder Cancel Request

## AUTO ELECTRIC IMPORT, INC. FUNDING DOCS

**RECIPIENT**

alexriverablanco@gmail.com

View  Details Send  Reminder Cancel Request

---

## SAM CORTEZ INC. PAYOFF

**RECIPIENT**

samcortezinc@gmail.com

View  Details Send  Reminder Cancel Request

---

## TAHZOO, LLC. FUNDING DOCS

**RECIPIENT**

kunalc@tahzoo.com

View  Details Send  Reminder Cancel Request

---

## RESURGENCE

**RECIPIENT**

steve.fennelly@resurgencebh.com

View  Details Send  Reminder Cancel Request

---

## RESURGENCE 700k

**RECIPIENT**

steve.fennelly@resurgencebh.com

View  Details Send  Reminder Cancel Request

GOFUND_000057389

## ALL BAY BUILDERS FUNDING DOCS

**RECIPIENT**

charles@allday.biz

View Details Send Reminder Cancel Request

## RESURGENCE CALIFORNIA FUNDING DOCUMENTS

**RECIPIENT**

steve.fennelly@resurgencebh.com

View Details Send Reminder Cancel Request

## RESURGENCE CALIFORNIA FUNDING DOCUMENTS

**RECIPIENT**

steve.fennelly@resurgencebh.com

View Details Send Reminder Cancel Request

## WHITE MOUNTAIN FUNDING DOCS

**RECIPIENT**

donna.buring@whitemountaingrp.com

View Details Send Reminder Cancel Request

## TRIMSON FUNDING DOCS

**RECIPIENT**

GOFUND_000057390

dtownsend@trimboard.net

View  Details Send  Reminder Cancel Request

## RAY LYNNS  AUTO FINDERS  FUNDING  DOCS

**RECIPIENT**

raylynnsautofinders@gmail.com

View  Details Send  Reminder Cancel Request

## GORDON LAW FUNDING  DOCS

**RECIPIENT**

gordonlaw@fromtiernet.net

View  Details Send  Reminder Cancel Request

## RESURGENCE  FUNDING  DOCS

**RECIPIENT**

steve.fennelly@resurgencebh.com

View  Details Send  Reminder Cancel Request

## T 42 FUNDING  DOCS

**RECIPIENT**

quattrochit42@gmail.com

View  Details Send  Reminder Cancel Request

## J AND R BOWL FUNDING  DOCS

RECIPIENT

jandrbowl@gmail.com

View Details Send Reminder Cancel Request

## GLOBAL MARINE ENGINEERING, INC. FUNDING DOCS

RECIPIENT

reuben@globalmarineengineering.com

View Details Send Reminder Cancel Request

## TAHZOO, LLC. FUNDING DOCS

RECIPIENT

kunalc@tahzoo.com

View Details Send Reminder Cancel Request

## LJT HOLDINGS FUNDING DOCS

RECIPIENT

tony@ocautosource.com

View Details Send Reminder Cancel Request

## J AND R BOWL FUNDING DOCS

RECIPIENT

jandrbowl@gmail.com

View Details Send Reminder Cancel Request

GOFUND_000057392

## JMS BUILDERS GROUP, LLC. FUNDING DOCS

**RECIPIENT**

jmstrickland83@yahoo.com

View  Details Send Reminder Cancel Request

## TRACER ROOFING FUNDING DOCS

**RECIPIENTS**

nicole@tracerroofing.com,  nicole@tracerroofing.com

View  Details Send Reminder Cancel Request

## FAST GUARD SERVICE FUNDING DOCS

**RECIPIENT**

rod@fastguardservice.com

View  Details Send Reminder Cancel Request

## FAST GUARD SERVICE FUNDING DOCS

**RECIPIENT**

rod@fastguardservice.com

View  Details Send Reminder Cancel Request

## SGR ADDENDUM

**RECIPIENT**

tom@sgrenergy.com

View  Details Send Reminder Cancel Request

## SGR ADDENDUM

RECIPIENT

tom@sgrenergy.com

View Details Send Reminder Cancel Request

## ADVANCED SURGERY CENTER FUNDING DOCS

RECIPIENT

jameslee201@gmail.com

View Details Send Reminder Cancel Request

## GLOBAL MARINE ENGINEERING, INC. FUNDING DOCS

RECIPIENT

reuben@globalmarineengineering.com

View Details Send Reminder Cancel Request

## GROVE FINE ARTS FUNDING DOCS

RECIPIENT

grovefineartgallery@gmail.com

View Details Send Reminder Cancel Request

## YBE MANAGEMENT FUNDING DOCS

RECIPIENT

yah40@ybemgmt.com

GOFUND_000057394

View Details Send Reminder Cancel Request

---

## ALPINE ADDENDUM

**RECIPIENT**

rich@alpinewoodworking.com

View Details Send Reminder Cancel Request

---

## LJT FUNDING DOCS

**RECIPIENT**

tony@ocautosource.com

View Details Send Reminder Cancel Request

---

## DHDT CONSTRUCTION FUNDING DOCS

**RECIPIENT**

delthomma@gmail.com

View Details Send Reminder Cancel Request

---

## INTERNATIONAL 3PL, LLC. FUNDING DOCS

**RECIPIENT**

accounting@international3pl.com

View Details Send Reminder Cancel Request

---

## HAYMOUNT URGENT CARE FUNDING DOCS

GOFUND_000057395

**RECIPIENT**

drobertclinton@gmail.com

View  Details Send Reminder Cancel Request

MANAGE  DOCUMENTS

THE *HelloSign* TEAM

GOFUND_000057396

Message

| | |
|---|---|
| **From**: | noreply@mail.hellosign.com [noreply@mail.hellosign.com] |
| on behalf of | HelloSign <noreply@mail.hellosign.com> [noreply@mail.hellosign.com] |
| **Sent**: | 10/27/2021 8:07:59 AM |
| **To**: | admin@merchantcapitalpro.com |
| **Subject**: | Daily Summary: 40 documents out for signature |





### Daily Summary

Here's a list of your unsigned documents from the last 30 days.

## SUPPORT LOGISTICS FUNDING DOCS

RECIPIENT

david@usa-direct.net

View Details Send Reminder Cancel Request

## HAYMOUNT URGENT CARE

RECIPIENT

drrobertclinton@gmail.com

View  Details Send  Reminder Cancel  Request

## RACCOON REFUSE GARBAGE SERVICES FUNDING DOCS

**RECIPIENTS**

raccoonrefusegarbage@gmail.com,  e_yokom@hotmail.com

View  Details Send  Reminder Cancel  Request

## BROTHERS DELIVERY SERVICES FUNDING DOCS

**RECIPIENTS**

sadarcade@icloud.com,  abdelsbbq@gmail.com

View  Details Send  Reminder Cancel  Request

## UNILOGIC GROUP FUNDING DOCS

**RECIPIENT**

ronscarlato@gmail.com

View  Details Send  Reminder Cancel  Request

## JAMES A. ITALIANO FUNDING DOCS

**RECIPIENT**

jamesai48@gmail.com

View  Details Send  Reminder Cancel  Request

GOFUND_000057425

## UNILOGIC

**RECIPIENT**

ronscarlato@gmail.com

View  Details Send Reminder Cancel Request

---

## CHICANE MOTOR SPORT FUNDING DOCS

**RECIPIENT**

brad@chicanemotorsport.com

View  Details Send Reminder Cancel Request

---

## US ASSETS FUNDING DOCS

**RECIPIENT**

jefflove@usassetsinc.com

View  Details Send Reminder Cancel Request

---

## UNILOGIC

**RECIPIENT**

ronscarlato@gmail.com

View  Details Send Reminder Cancel Request

---

## AMERICAN CLEANING SERVICES FUNDING DOCS

**RECIPIENT**

gabe325@me.com

View  Details Send Reminder Cancel Request

GOFUND_000057426

## PACIFIC COLLISION CENTER FUNDING DOCS

**RECIPIENT**

pacificcollisioncenter@aol.com

View Details Send Reminder Cancel Request

## American Cleaning Services Inc

**RECIPIENT**

gabe325@me.com

View Details Send Reminder Cancel Request

## UNIVERSITY SLEEP MEDS FUNDING DOCS

**RECIPIENT**

egetachew2006@yahoo.com

View Details Send Reminder Cancel Request

## CAPITALONLINE AUCTIONS ZBL

**RECIPIENT**

auctionmitch@gmail.com

View Details Send Reminder Cancel Request

## PRETZEL PERFECTION FUNDING DOCS

**RECIPIENT**

amy@perfectionsnacks.com

GOFUND_000057427

View Details Send Reminder Cancel Request

## AMERICAN CLEANING

RECIPIENT

gabe325@me.com

View Details Send Reminder Cancel Request

## MCCOURTS AUTOMOTIVE FUNDING DOCS

RECIPIENT

mccourtscollision@gmail.com

View Details Send Reminder Cancel Request

## BPN MANAGEMENT FUNDING DOCS

RECIPIENT

ncnordstrom.coo@gmail.com

View Details Send Reminder Cancel Request

## MCCOURTS AUTOMOTIVE FUNDING DOCS

RECIPIENT

mccourtscollision@gmail.com

View Details Send Reminder Cancel Request

## SOUTHERN PETROLEUM FUNDING DOCS

GOFUND_000057428

RECIPIENT

david@southernpetroleumresources.com

View Details Send Reminder Cancel Request

## SOUTHERN PETROLEUM FUNDING DOCS

RECIPIENT

david@southernpetroleumresources.com

View Details Send Reminder Cancel Request

## QUINN HOME IMPROVEMENTS FUNDING DOCS

RECIPIENT

qhisiouxfalls@gmail.com

View Details Send Reminder Cancel Request

## CONRAD BUMGARNER FUNDING

RECIPIENT

gary@bumgarner.biz

View Details Send Reminder Cancel Request

## AMERICAN CLEANING

RECIPIENT

gabe325@me.com

View Details Send Reminder Cancel Request

GOFUND_000057429

## SCHIAVONI

**RECIPIENT**

adrianosch@hotmail.com

View  Details Send Reminder Cancel Request

## SCHIAVONI

**RECIPIENT**

adrianosch@hotmail.com

View  Details Send Reminder Cancel Request

## CALIKING

**RECIPIENT**

kmksales@hotmail.com

View  Details Send Reminder Cancel Request

## M KAPLAN INTERIORS FUNDING DOCS

**RECIPIENT**

matt@mkaplaninteriors.com

View  Details Send Reminder Cancel Request

## SOUTHERN PETROLEUM FUNDING DOCS

**RECIPIENT**

david@southernpetroleumresources.com

View  Details Send Reminder Cancel Request

GOFUND_000057430

## JAMES PINE & SON TRUCKING  FUNDING  DOCS

**RECIPIENTS**

andrew@jamespineandsontrucking.com,
james_jr@jamespineandsontrucking.com

View  Details Send  Reminder Cancel Request

## DELTA CONSTRUCTION  FUNDING  DOCS

**RECIPIENT**

bduncan78@hotmail.com

View  Details Send  Reminder Cancel Request

## ACTION  EXCAVATION  FUNDING  DOCS

**RECIPIENT**

actionx15@yahoo.com

View  Details Send  Reminder Cancel Request

## J COLOMER HOMES FUNDING  DOCS

**RECIPIENT**

james.colomer@jchronline.com

View  Details Send  Reminder Cancel Request

## CHARLEY'S  AUTO FUNDING  DOCS

**RECIPIENT**

encore151@aol.com

GOFUND_000057431

View  Details Send  Reminder Cancel  Request

## CALIKING  ADDENDUM

**RECIPIENT**

kmksales@hotmail.com

View  Details Send  Reminder Cancel  Request

## PARADIGM  FUNDING

**RECIPIENT**

aaron.nazaruk@paradigmparachute.com

View  Details Send  Reminder Cancel  Request

## TRIPLE  G FUNDING

**RECIPIENT**

lopez.george@att.net

View  Details Send  Reminder Cancel  Request

## PROTEUS

**RECIPIENTS**

wanda.kielty@proteus-services.net,  wanda.kielty@proteus-services.net

View  Details Send  Reminder Cancel  Request

## CYZEN  CAPITAL  FUNDING  DOCS

GOFUND_000057432

**RECIPIENT**

keith@capptiveventures.com

View Details Send Reminder Cancel Request

MANAGE DOCUMENTS

THE Hello Sign TEAM

GOFUND_000057433