# EXHIBIT 23

## Short Message Report

| Conversations: 1     | Participants: 2       |
|----------------------|-----------------------|
| Total Messages: 4    | Date Range: 2/7/2022  |

## Outline of Conversations

    **+19179836077** • 4 messages on 2/7/2022 • Michael Wilson <+19179836077> • Robert Clinton <+19105853516>

HAY-0011941

**Messages in chronological order** (times are shown in GMT -05:00)

### +19179836077

**Robert Clinton <+19105853516>**  2/7/2022, 1:00 PM

I really do appreciate you. I am hoping to sell some of the watches. I have a group of traders I belong to who are interested. I know some are increasing right now.

I am also waiting on funding from the SBA.

**Michael Wilson <+19179836077>**  2/7/2022, 1:01 PM

Don't sell them. You will lose money. They will all be worth a lot more in a few months.

**Michael Wilson <+19179836077>**  2/7/2022, 1:01 PM

I'll do the 1mm with early payoff

**Robert Clinton <+19105853516>**  2/7/2022, 1:02 PM

I really don't like to have them as collateral but appreciate your position on it.

HAY-0011942