# EXHIBIT 24

**Exhibit 2**

Wolf 9/6/2022 K.S.

**Message**

| | |
|---|---|
| **From:** | Isaac Wolf [isaac@bridgefundingcap.com] |
| **Sent:** | 12/28/2021 9:50:51 AM |
| **To:** | Issac Sku [issac.s@bridgefundingcap.com]; Accounting BFC [accounting@bridgefundingcap.com]; Jason Peterson [jason@bridgefundingcap.com]; Office Bridge [office@bridgefundingcap.com]; Underwriting \| Alt Capital Source [uw@altcapitalsource.com]; Ashley \| Alt Capital Source [ashley@altcapitalsource.com]; Joseph Fundura Capital [JK@funduracap.com]; Isaac Wolf [isaac@bridgefundingcap.com] |
| **Subject:** | FUNDED 2M - HAYMOUNT URGENT CARE PC |
| **Attachments:** | eStmt_2021-01-29.pdf; eStmt_2021-04-30 (1)(1)(1).pdf; 8-2021 mtd (5).pdf; eStmt_2021-03-31 (8)(2).pdf; eStmt_2021-05-28 (4)(3).pdf; eStmt_2021-07-30.pdf; eStmt_2021-06-30 (4)(2).pdf; eStmt_2021-02-26.pdf; Official Template - Entry ID 22264 (1)(1).pdf; SIGNED- HAYMOUNT URGENT CARE.pdf; haymount id.PNG; Please_DocuSign_HAYMOUNT_FUNDING_123pdf_HA.zip; HAYMOUNT ADDENDUM A FUNDING 123.docx.pdf; HAYMOUNT FUNDING 123.pdf; Image-1.jpg; IMG-5221.PNG |

| | |
|---|---|
| DEAL NAME | HAYMOUNT URGENT CARE PC |
| Merchant Name | ROBERT A CLINTON |
| Merchant Phone # | REDACTED |
| Funded Date | 12/28/2021 |
| Advanced Amount | 2,000,000.00 |
| Advance Type | FLEX |
| Factor Rate % | 1.35000 |
| Pay-back Amount | 2,700,000.00 |
| DAILY | 80,000.00 |
| No. of Payments | 34 |
| ISO | |
| Comm Percentage | |
| ISO Total | $ - |
| REP | REDACTED |
| Comm Percentage | REDACTED |
| Rep Total | REDACTED |
| ISO / REP | ASHLEE |
| Total % | REDACTED |
| Total Commission | REDACTED |
| Bank Fee Percentage | 15% |
| Bank Fee | REDACTED |
| Additional Fees | |
| Total Fees | REDACTED |
| Syndicator Name | REDACTED |
| Syndicator % | REDACTED |
| CREDIT DBA | REDACTED |
| DEBIT DBA | REDACTED |

| REFI BALANCE | |
|---|---|
| TOTAL FUNDING AMOUNT | 1,700,000.00 |
| DEAL NOTES: | FIRST FLEX IS 900K 2ND IS 800K |
| Routing # | REDACTED |
| Account # | |

🗎 _haymount vc.PNG [x]

🗎 _HAYMOUNT BUSSINESS ACCOUNT.PNG [x]

ABB (REDACTED) is 18k - funded 12/17 Go Fund (900k wire) - have 1 advance debit for $35,000 daily
ABB (REDACTED) is 327k - personal acct - wire funds in from BofA acct
   (login: REDACTED )
ABB (REDACTED) is 146k - funded 12/21 Vox (641k wire) - have 3 advance debits for $10,864 daily
ABB (REDACTED) is 1k - no activity
   (login: REDACTED )
ABB (REDACTED) is $100 - acct just opened
   (login: REDACTED )
NYSCEF - no adv jud found
SOS - active, registered 5/26/06
Merchant tax liens: 95k filed 2017; 26k, 36k & 568k filed 2018; 45k filed 2020
**BofA - avg deposits Oct/Nov approx 2.1M
**current advances debiting approx 963k/month
**Unique last debit 12/22 - PIF?