UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAYMOUNT URGENT CARE PC ET AL.,

       Plaintiffs,

  -v-

GOFUND ADVANCE, LLC ET AL.,

       Defendants.

22-cv-1245 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    Pursuant to joint request of the parties and in order to protect from disclosure confidential information, the Court directs the Clerk's office to permanently seal Attachments 1, 6-9, and 13-21 to Dkt. 153 (the Declaration of Shane Heskin filed in support of plaintiffs' reply memorandum of law in support of their motion for class certification). Plaintiffs are granted leave to file new versions of these attachments with appropriate redactions.

    SO ORDERED.

New York, NY
November 15, 2022

                                  _____
                                  JED S. RAKOFF, U.S.D.J.