UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
HAYMOUNT URGENT CARE PC et
al.,

        Plaintiffs,                    22-cv-1245 (JSR)

    -v-                                ORDER

GOFUND ADVANCE, LLC et al.,

        Defendants.
```

JED S. RAKOFF, U.S.D.J.:

Following consideration of the parties' written submissions and oral argument on 12/6/22, the Court hereby denies the motion of plaintiffs Robert A. Clinton, Jr. and Haymount Urgent Care PC for class certification (Dkt. 136). An opinion explaining the Court's reasoning will issue no later than 1/17/23.

Pursuant to the parties' case management plan (Dkt. 100), any motions for summary judgment shall be due 45 days from the entry of this order -- on 2/13/23. Opposing papers will be due 2/27/23. Reply papers will be due 3/6/23. A final pre-trial conference and argument on summary judgment motions will be held on 3/15/23 at 4:00 PM at 500 Pearl Street, Courtroom 14B.

SO ORDERED.

New York, NY
December 29, 2022

_____
JED S. RAKOFF, U.S.D.J.

1