UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HAYMOUNT URGENT CARE PC, ROBERT :
CLINTON JR., *individually and on behalf of* :
*all those similarly situated,* :
: Case No.: 1:22-cv-01245-JSR
                Plaintiffs, :
:
      v. :
: **NOTICE OF MOTION**
GOFUND ADVANCE LLC, FUNDING 123 LLC, :
MERCHANT CAPITAL LLC, :
ALPHA RECOVERY PARTNERS LLC, :
YITZCHOK ("ISSAC") WOLF, JOSEF BREZEL, :
JOSEPH KROEN and YISROEL C. GETTER, :
:
                Defendants. :
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that, Defendant Yisroel Getter will move the Court, before the Honorable Jed S. Rakoff at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007, upon the Memorandum of Law and Statement of Material Facts submitted herewith and upon the papers submitted by the other Defendants in support of their motion for partial summary judgment, and all prior pleadings and proceedings had herein, for an Order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment in favor Mr. Getter on all remaining claims asserted against him in the Amended Complaint.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Court's order dated December 29, 2022, answering papers are due on February 27, 2023, with Defendants' reply papers due on March 6, 2023.

Dated: New York, New York
February 13, 2023

                                      CLAYMAN ROSENBERG
                                      KIRSHNER & LINDER LLP
                                      *Attorneys for Defendant*
                                      *Yisroel C. Getter*

                                      _____
                                      Paul S. Hugel (PH4749)
                                      Wayne Gosnell (WG2422)
                                      305 Madison Ave – Ste 650
                                      New York, New York 10165
                                      hugel@clayro.com
                                      gosnell@clayro.com

To:

WHITE AND WILLIAMS LLP
Shane R. Heskin
Alex D. Corey
7 Times Square, STE 29
New York, NY 10036
(215) 864-7000
heskins@whiteandwilliams.com
Attorneys for Plaintiffs