UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYMOUNT URGENT CARE PC, and ROBERT A. CLINTON, JR., individually, and on behalf of all those similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>GOFUND ADVANCE, LLC,<br>FUNDING 123, LLC,<br>MERCHANT CAPITAL LLC,<br>ALPHA RECOVERY PARTNERS, LLC,<br>YITZCHOK ("ISAAC") WOLF,<br>JOSEF BREZEL,<br>JOSEPH KROEN, and<br>YISROEL C. GETTER,<br><br>Defendants. | Case No. 1:22-cv-01245-JSR |

**MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF
DANIEL M. STONE AS COUNSEL OF RECORD**

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, the undersigned moves this Court for leave to withdraw the appearance of Daniel M. Stone of Freedman Normand Friedland LLP as counsel of record for Defendants GoFund Advance, LLC, Funding 123, LLC, Merchant Capital LLC, Alpha Recovery Partners, LLC, Yitzchok Wolf, Yosef Brezel, and Joseph Kroen (collectively, "Defendants"). In support of this motion, the undersigned counsel relies on the attached Declaration of Daniel M. Stone.

Dated: January 20, 2023  
New York, NY

*/s/ Daniel M. Stone*  
Daniel M. Stone  
**FREEDMAN NORMAND FRIEDLAND LLP**  
99 Park Avenue, 19th Floor  
New York, NY 10016  
Tel: (646) 350-0527  
Email: dstone@fnf.law

## CERTIFICATE OF SERVICE

I, Daniel M. Stone, hereby certify that on January 20, 2022, a true and correct copy of the foregoing was served via ECF on all registered participants.

/s/ *Daniel M. Stone*
Daniel M. Stone

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYMOUNT URGENT CARE PC, and<br>ROBERT A. CLINTON, JR.,<br>individually, and on behalf of all those similarly situated,<br><br>                                   Plaintiffs.<br><br>v.<br><br>GOFUND ADVANCE, LLC,<br>FUNDING 123, LLC,<br>MERCHANT CAPITAL LLC,<br>ALPHA RECOVERY PARTNERS, LLC,<br>YITZCHOK ("ISAAC") WOLF,<br>JOSEF BREZEL,<br>JOSEPH KROEN, and<br>YISROEL C. GETTER,<br><br>                                   Defendants. | Case No. 1:22-cv-01245-JSR |

## [PROPOSED] ORDER ON MOTION TO WITHDRAW

Upon consideration of Daniel M. Stone's Motion to Withdraw, it is hereby ORDERED that the motion is GRANTED, and that Daniel M. Stone is permitted to withdraw from the above captioned matter.

IT IS SO ORDERED this __29th__ day of __August__ 2023.

BY THE COURT:

_____
Hon. Jed S. Rakoff
United States District Judge