UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAYMOUNT URGENT CARE PC et ano.,

    Plaintiffs,

  -v-

GOFUND ADVANCE, LLC et al.,

    Defendants.

22-cv-1245 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    The Court hereby grants Freedman Normand Friedland LLP's motion to withdraw effective immediately, contingent on Freedman Normand Friedland LLP serving a copy of this order on their clients within two business days from the date of this Order. Defendants have two weeks to retain new counsel.

    The Clerk of Court is respectfully directed to close docket no. 218.

    SO ORDERED.

New York, NY
September 11, 2023

                                                     _____
                                                   JED S. RAKOFF, U.S.D.J.