# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
HAYMOUNT URGENT CARE PC et ano,

                      Plaintiffs,                  22 **CIVIL** 1245 (JSR)

    -against-                               **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND FINAL AMENDED JUDGMENT**

GOFUND ADVANCE, LLC et al..

                    Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact, Conclusions of Law, and Final Judgment dated June 26, 2024, the Court finds plaintiff is entitled to $170,000 against Funding 123 with interest calculated at 8% from February 7, 2022 amounting to $32,453.70 in total interest;  and $52,471.77 from GoFund with interest calculated at 8% from February 7, 2022 amounting to $10,017.08 in total interest;  with Mr. Wolf also being jointly and severally liable to plaintiff for $170,000 owed by Funding 123 with interest calculated at 8% from February 7, 2022 amounting to $32, 453.70 in total interest; and $50,071.77 owed by GoFund with interest calculated at 8% from February 7, 2022 amounting to $9,558.91 in total interest.

**Dated:**  New York, New York
         June 27, 2024

                                                    **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                           **BY:**
                                                **Deputy Clerk**