UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAYMOUNT URGENT CARE PC and
ROBERT A. CLINTON, JR.,

               Plaintiffs,

- against -

GOFUND ADVANCE, LLC, FUNDING 123, LLC, MERCHANT CAPITAL LLC, ALPHA RECOVERY PARTNERS, LLC, YITZCHOK ("ISAAC") WOLF and JOSEF BREZEL,

               Defendants.

Case No. 1:22-cv-01245-JSR

**SATISFACTION OF JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 07, 2024

      WHEREAS, a judgment, as amended [ECF 259], was awarded to the plaintiff HAYMOUNT URGENT CARE PC as follows: (i) $170,000 against defendant FUNDING 123 LLC ("Funding 123") plus interest thereon; (ii) $52,471.77 against defendant GOFUND ADVANCE LLC ("Go Fund"), plus interest thereon; (iii) adjudging defendant YITZCHOK ("ISAAC") WOLF jointly and severally liable to plaintiff for (a) $170,000 owed by Funding 123, plus interest thereon; and (b) $50,071.77 owed by Go Fund plus interest thereon, which judgment, as amended, was, on the 27th day of June, 2024, duly docketed and entered in the office of the Clerk and whereas said judgment has been satisfied in full, with there being no amounts thereunder remaining unpaid;

      AND it is certified that there are no outstanding executions with a marshal or sheriff within the State of New York,

      THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket of said judgment.

Dated: Brooklyn, New York
         November 4, 2024

**HAYMOUNT URGENT CARE PC**

By: _____
Name: ROBERT CLINTON
Title: PRESIDENT

{106712}

STATE OF NORTH CAROLINA
COUNTY OF New Hanover

On November 5, 2024, before me personally came Robert Clinton to me known, who, by me duly sworn, did depose and say that deponent resides in Wilmington, North Carolina that deponent executed this SATISFACTION OF JUDGMENT as President and authorized representative of HAYMOUNT URGENT CARE PC, And which executed the foregoing SATISFACTION OF JUDGMENT, that deponent knows the signature of the company, that the signature affixed to the SATISFACTION OF JUDGMENT is the company's signature, that it was affixed by order of the authorized member of the company.

_____
Notary Public

SHEREE DARIEN
NOTARY PUBLIC
New Hanover County
North Carolina
My Commission Expires November 16, 2028